

# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Dec 19, 2024 2:33PM

ROBERT URIARTE

Rcpt. No: 100009884         Trans. Date: Dec 19, 2024 2:33PM         Cashier ID: #JB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |
| 111 | Pro Hac Vice | DVAE125CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1 | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DVAE125CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1 | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DVAE125CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1 | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DVAE125CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1 | 75.00 | 75.00 |

| CD | Tender | | Amt |
|----|--------|---|-----|
| CC | Credit Card | | $705.00 |
| | | Total Due Prior to Payment: | $705.00 |
| | | Total Tendered: | $705.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

Comments: CASE# 1:24-CV-2323

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.