AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

2024 DEC 19 P 2: 38

| | | |
|---|---|---|
| Microsoft Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-CV-2323 |
| Does 1-10 Operating an Azure Abuse Network | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Microsoft Corporation

Date:      12/19/2024

*Attorney's signature*

Joshua Carrigan VA Bar No. 96911
*Printed name and bar number*

ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
*Address*

jcarrigan@orrick.com
*E-mail address*

(202) 339-8400
*Telephone number*

(202) 339-8500
*FAX number*