UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED

2024 DEC 19 P 2:56

Microsoft Corporation,

    Plaintiff,

v.

Does 1-10 Operating an Azure Abuse Network,

    Defendants.

Case No. _____

FILED UNDER SEAL

# Index of Exhibits

| Authenticating Declaration | Exhibit No. | Description | Page No. |
|---|---|---|---|
| Mason Declaration | 1 | Mason CV | 5 |
| Fiñones Declaration | 2 | Fiñones CV | 11 |
| Lyons Declaration | 3 | Lyons CV | 17 |
| Lyons Declaration | 4 | Aitism.net WHOIS Registration Information | 21 |
| Lyons Declaration | 5 | Aitism.net terms of service | 31 |
| Lyons Declaration | 6 | Aitism.net subdomain pointers from rentry.org/miniproxy domain | 33 |
| Lyons Declaration | 7 | User statistics posted to rentry.org/miniproxy domain | 35 |
| Fiñones Declaration | 8 | Test image with C2PA metadata containing Microsoft trademark | 41 |
| Fiñones Declaration | 9 | Screen capture from de3u User Interface | 43 |
| Lyons Declaration | 10 | https://learn.microsoft.com/en-us/training/modules/get-started-ai-fundamentals/6-understand-generative-ai | 45 |

| Lyons Declaration | 11 | https://techcommunity.microsoft.com/t5/educator-developer-blog/the-history-of-microsoft-azure/ba-p/3574204 | 47 |
|---|---|---|---|
| Lyons Declaration | 12 | https://datacenters.microsoft.com/globe/explore/ | 53 |
| Lyons Declaration | 13 | https://azure.microsoft.com/en-us/resources/cloud-computing-dictionary/what-are-private-public-hybrid-clouds | 55 |
| Lyons Declaration | 14 | https://azure.microsoft.com/en-us/resources/cloud-computing-dictionary/what-is-azure | 59 |
| Lyons Declaration | 15 | https://learn.microsoft.com/en-us/azure/azure-portal/azure-portal-overview | 63 |
| Lyons Declaration | 16 | https://signup.azure.com/signup?offer=ms-azr-0044p&appId=102&ref=&redirectURL=https:%2F%2Fazure.microsoft.com%2Fget-started%2Fwelcome-to-azure%3Fsrc%3Dcom_free&l=en-us | 71 |
| Lyons Declaration | 17 | https://learn.microsoft.com/en-us/azure/ai-services/openai/overview | 75 |
| Lyons Declaration | 18 | https://azure.microsoft.com/en-us/solutions/ai/responsible-ai-with-azure/#features | 83 |
| Lyons Declaration | 19 | https://learn.microsoft.com/en-us/legal/cognitive-services/openai/code-of-conduct?context=%2Fazure%2Fai-services%2Fopenai%2Fcontext%2Fcontext | 89 |
| Lyons Declaration | 20 | https://learn.microsoft.com/en-us/legal/cognitive-services/openai/transparency-note?tabs=text | 97 |

| Lyons Declaration | 21 | https://learn.microsoft.com/en-us/azure/machine-learning/concept-responsible-ai?view=azureml-api-2 | 119 |
| --- | --- | --- | --- |
| Lyons Declaration | 22 | https://learn.microsoft.com/en-us/azure/ai-services/openai/concepts/content-filter?tabs=warning%2Cuser-prompt%2Cpython-new | 127 |
| Lyons Declaration | 23 | https://learn.microsoft.com/en-us/azure/ai-services/openai/concepts/default-safety-policies | 157 |
| Lyons Declaration | 24 | https://learn.microsoft.com/en-us/rest/api/azure/ | 161 |
| Lyons Declaration | 25 | https://developers.cloudflare.com/cloudflare-one/connections/connect-networks/ | 175 |
| Lyons Declaration | 26 | https://www.microsoft.com/licensing/docs/customeragreement | 177 |