# Exhibit 2

# Rodelio Fiñones

**Objective:**
Security Engineer/Reverse Engineer with more than 20 years' experience seeking to acquire a rewarding career in the field of cybersecurity where my expertise, experience, and knowledge in cyber threats and software engineering will be utilized to make big impact to the company and Internet ecosystems.

**PROFESSIONAL EXPERIENCE:**

**Principal Security Engineer/Reverse Engineer, Digital Crimes Unit** (Nov 2017 – Present)
Microsoft
- Comprehensive reverse engineering of different malwares types.
- Analysis, decryption, and dissecting network captures.
- Design and develop tools and automation systems for analyzing and tracking botnets.
- Utilize big data to hunt known and unknown threats, create IOCs and improve detection/remediation capabilities.
- Collaborate with DCU investigators, lawyers, and internal/external partners to eradicate/disrupt botnets through civil, criminal referrals, or pure blocking strategy.
- Research and develop malware emulators, crawlers, and sinkhole systems for tracking their infrastructures.
- Utilize Azure cloud technologies to accelerate development of robust tools and pipelines to combat cyber threats.
- Prepare and submitted botnet legal declarations for civil and criminal referrals. Some of my declarations below.
    - Dorkbot: *https://botnetlegalnotice.com/dorkbot/*
    - Gamarue: *https://www.noticeofpleadings.net/gamarue/*
    - Trickbot: *https://noticeofpleadings.com/trickbot/*

**Senior Antivirus Researcher / Strategist** (June 2009 – Nov 2017)
Microsoft

- Handle malware samples from different sources to provide analysis, tracking, detections, advice, and remediation.
- Tracking top acute threats impacting customer and doing end to end research and providing up to date protection and mitigation (Ex: Zeus/Zbot, Locky, Cerber, etc.)

- Lead the team on focus research of different categories of malwares such Botnets, Click fraud, MSIL, and Spambots to provide different kind customer protection such as sourcing, protections (File, memory, and cloud-based, behavior-based, etc.). Also includes identifying the malware infection chain and monetization.
- Design and develop tools and automation projects for unpacking and tracking botnets.
- Utilize big data (cosmos) to analyze malware treat landscape and to better protect the customer.
- Lead team and hands on research on prevalent malwares for CME (MS Collective Malware Eradication) to disrupt/eradicate malwares.
- End to end research and development of antimalware engine and product features to improve customer protections.
- Drive improvements to windows platform and its components (OS, script engines – JS, PS, etc.)
- Static and dynamic analysis of different types of malwares and vulnerabilities.
- Creating rules and programs to improve automatic detections of malwares.
- Respond to malware outbreaks.
- Write tweets, blogs, research papers, and present to top security conferences.
- Provide mentoring to other researchers.

**Principal Software Developer / Researcher** (Dec 2007 – June 2009) Fortinet Technologies (Canada), Inc.

- Improved signature-based detection algorithm to support more complex malwares. Detection methods such as x-raying and behavioral and characteristics detections.
- Research and develop AV engine features to support packer through script based. Generic unpacker coupled with script-based unpacker will be a powerful and effective solution for most malwares.
- Handle complex malwares analysis and detection through script-based or hardcoded.
- Improvements and optimizations for Fortinet's AV detection algorithms.
- Provide technical knowledge to new AV analyst.

**Senior Antivirus Analyst / Engine developer** (May 2004 – Dec 2007) Fortinet Technologies (Canada), Inc.

<u>Analysis, Research and Development Projects</u>
- Research, design, and develop the clean engine for Fortinet's desktop Antivirus product. It supports cleaning Win32 PE, Office, DOS, and script formats.

13

- Improve the scanning technology through research and development of new scanning algorithm that suits for complex viruses.
- Fix bugs and AV scan and clean engine limitations
- Participate in the research, development, and improvements of Win32 emulator engine.
- Create detection module for hard to detect viruses such metamorphic, polymorphic, and EPO viruses.
- Improved the scanning technology for scripts malwares.
- Research, design, and develop an automated system to replicate, analyze, and heuristically detect known and unknown malwares through sandboxing technology.
- Handle complex malwares.
    - Analysis
    - Creating detection signatures
    - AV Engine support (if necessary)

Other Tasks:
- Provide malware related technical expertise to analyst and product development team.
- Create documentation for developed systems.
- Conduct trainings regarding virus analysis, detection, and disinfection algorithm.
- Provide quick and quality solution to customer problems.
- Configure replication system for any kinds of malware

**Senior Anti-Virus Researcher / AV Engine Developer** (Nov 1999 – April 2004) Trend Micro, Inc. (Anti- Virus and Internet Security)

*AV Trainee*
- 3-month extensive virus / malware training. Include analysis and creation of detection and clean signatures.

*AV Technical Support Engineer*
- Provides complete solution to the customer.
    - Provides scan and clean solution. Includes signature to remove system infections such as registry, system files, process, services, and files.
    - Create detailed / comprehensive virus description and manual removal instructions.
    - Provides other assistance needed by the clients.

*AV Research Engineer*
- Focus on the detailed / comprehensive analysis of Windows viruses.
- Process escalation cases from Virus support engineers.

14

- Conduct technology upgrade trainings to Virus support team (New virus technology; new Scan / Clean feature).
- Respond to Virus Alerts
- Develop removal tools for specific malware.
- Design and develop TSC (Trojan System Cleaner). Engine module to detect and restore system infection through registry, process, system files, and services.
- Process Scan / Clean Engine related cases.
- Analyze exploits and system vulnerabilities (Windows & Linux).
- Research and develop a system for automating the replication of malware that covers controlled and simulated Internet environment ▪ Research and develop Scan/Clean Engine modules:
    - Metamorphic virus support
    - Win32 virus clean modules
    - New file formats support
    - Trojan System Cleaner
    - Compression / Packer engine support (UPX, Petite, and PEPack)

**TECHNICAL SKILLS:**

- Advance knowledge and experience in reverse engineering any kinds of malware using debugger (Soft-ice, IDA Pro, OllyDbg, and Immunity debugger)
- In-depth knowledge and experience in exploits and vulnerabilities.
- Strong knowledge and experience in creating comprehensive malware description.
- Strong experience in developing detection and cleaning engine for different kinds of malware such as virus, worms, Trojans, and spywares.
- In-depth knowledge in windows operating system internals.
- In-depth knowledge and experience in virus, Trojans, worms, and spywares behaviors.
- Experience in TCP/IP networks, Unix/Linux networks (AIX, Redhat, Slackware, Ubuntu), Windows network (Windows 9X/NT/2K), Novell Netware. Background knowledge in Windows CE, Palm, and EPOC operating system.
- Advance experience in C and DOS/Win32 Assembly, VB Script, JavaScript.
- Experience in Linux shell scripts, PowerBuilder, and SQL programming.
- Intermediate experience in analyzing and testing various Anti-virus products.
- Intermediate experience and knowledge in network protocols like TCP/IP, IPX/SPX, SMTP, FTP, HTTP, DNS, NTTP, and MAPI32.
- Intermediate knowledge in Windows and Unix/Linux system and network security.
- Knowledge in ASP, MS Access, FoxPro, and HTML.
- Knowledge in IP chains/tables, Ethereal packet sniffer, Snort IDS, Tripwire integrity checker.
- Knowledge in Lotus Notes and Domino server

15

- Advance experience in Python and Django web framework.
- Advance experience in software development utilizing Azure cloud technologies.
- Advance experience in Network forensics.
- Advance experienced in software development using C#, Python, and C/C++.
- [GIAC Certified Incident Handler](#)
- [GIAC Advisory Board](#)

**PREVIOUS EMPLOYMENT:**

**System analyst / Programmer** (July 1999, October 1999)
Gestalt Consulting Inc. (PowerBuilder and MS SQL)
- Create, maintain, and improve Inventory system and Accounting system.
- Provide support to problem of clients.
- Review and document the current application system.

**EDUCATION:**

**Bachelor of Science in Computer Engineering** (1995 -1999)
FEU - East Asia College of Information Technology, May 1999