# Exhibit 3

# *Jason B. Lyons*

## *SUMMARY*

Jason Lyons is an experienced investigator specializing in computer investigations.  Trained and experienced in hacker methodology/techniques, computer forensics, incident response, electronic discovery, litigation support and network intrusion investigations.

## *SECURITY CLEARANCE*
- Top Secret/SCI-Expired.

## *CERTIFICATIONS*
- Encase Certified Examiner (EnCE) -  Guidance Software
- Counterintelligence Special Agent - Department of the Army
- Certified Basic Digital Media Collector - Department of Defense
- Certified Basic Computer Crime Investigator – Department of Defense
- Certified Basic Digital Forensic Examiner – Department of Defense
- State of Texas licensed Private Investigator

## *TECHNICAL SKILLS*
- **Network Intrusion Investigations**
- **Incident Response**
- **Investigative Network Monitoring and Forensics**
- **Investigation Management/Liaison**
- **Computer Media Evidence Collection Report Writing**
- **Computer Forensics**
- **EnCase Certified Examiner**
- **PDA and Cell Phone Seizure**
- **Expert Witness Experience**
- **Technical/Investigative**

## *PROFESSIONAL EXPERIENCE*

2013-Present          Microsoft
                               Digital Crimes Unit (DCU)
                               Principal Manager of Investigations
- Work with public (law enforcement, country certs) and private sectors, and develop international partnerships to support malware disruptions on a global scale.
- Conduct proactive malware investigations to identify critical command control infrastructure and to develop disruption strategy to eliminate or severely cripple cyber-criminal infrastructure.
- Document and identify monetization schemes utilized by cyber-criminals ranging from online advertising fraud, ransomware, and targeted financial fraud.
- Work with the Microsoft legal team to develop new legal strategies to disrupt cyber crime through both civil and criminal proceedings.
- Collect electronic evidence to support global malware disruptions and develop criminal referrals for law enforcement.
- Enhance Microsoft's Cyber Threat Intelligence Program (CTIP) which empowers ISP and country CERTS too identify victims of cybercrime.

- Provide expert court testimony with the support of written declarations describing the threat and impact of malware threats on the Microsoft ecosystems.
- Lead and participate in security community working groups that support cybercrime disruption.
- Work with Microsoft Malware Protection Center (MMPC), and other Anti-Virus vendors, to enhance detection of malware and to assist in the development of disruption strategies.

**2005 – 2013**     ***Affiliated Computer Services, inc (ACS)***
                    ***Digital Forensic and eDiscovery Group***
                    ***Director of the Digital Forensics Group (DFG)***

- Manager of a fortune 500 company's digital forensic laboratory/group. Responsible for managing, coordinating, investigating, and reporting on legal, corporate security, human resources, and ethics investigations involving digital media.
- Developed policy and procedures for digital evidence acquisition, storage, examination, processing and production.
- Developed and maintained technical investigative support for ACS inside and outside legal counsel on eDiscovery matters.  Experienced in developing and executing large eDiscovery collection plans, preserving data in a forensically sound manner, culling of relevant data, presenting data for review, hosting data for review, and producing relevant data for final production.
- Implemented Access Data's Enterprise and eDiscovery solution.

**2003 – 2005**     ***Department of the Army, 902nd Military Intelligence (MI),***
                    ***Cyber Counterintelligence Activity (CCA)***
                    ***Assistant Operations Officer/Counterintelligence Special Agent***

- Assisted in managing of all CCA branch operations to include all cyber investigations, special intelligence collection missions, cyber investigator training, and quality assurance of all investigative products.
- Supervised 35 special agents and computer forensic technicians.
- Prepared detailed investigative briefings which include results of investigations and forensic analysis for executive level officers.
- Conducted national level liaisons with federal intelligence and law enforcement agencies on many national security investigations.
- Conducted network intrusion investigations, computer media forensics examinations, counterintelligence/counterterrorism special operations, and network forensic analysis.

**2000 – 2003**     ***Department of the Army, 902nd MI, CCA***
                    ***Counterintelligence Special Agent / Computer Investigator***

- Assistant Supervisory Special Agent (ASSA) of an eight man computer Incident Response Team (IRT) specializing in cyber investigations.
- Accountable for managing, editing and reviewing associated technical and investigative reports pertaining to the IRT's investigations.
- Provided and maintained incident response, computer forensics, evidence handling, and computer media search and seizure training for the members of the IRT.
- While assigned to the IRT, served as lead agent on numerous network intrusion and computer forensic Counterintelligence investigations.

19

**1998-1999    *Department of the Army, 501st MI Brigade, South Korea*
*Counterintelligence Special Agent / Liaison Officer***

- Served as liaison officer for a Counterintelligence Resident Office in South Korea.
- Maintained regional-level liaison with foreign government officials to collect strategic information for intelligence reporting.
- Established business partnerships and furthered cooperation between the United States and South Korean investigative/intelligence agencies to accomplish bilateral goals.

**EDUCATION**
- Graduate from Excelsior College in October 2002, with a Bachelor of Science in Liberal Arts.

**TRAINING**
- Counterintelligence Agent Course-Department of the Army-1998.
- Counterintelligence Fundamentals Warfare (CIFIW)-Department of the Army-2000.
- Introduction to Computer Search and Seizure-Defense Computer Investigation Training Program (DCITP), Linthicum, MD-2000.
- Introduction to Networks and Computer Hardware (INCH)-DCITP, Linthicum, MD-2000.
- Network Intrusion Analysis Course (NIAC)-DCITP, Linthicum, MD-2001.
- Computer Investigations for Special Agents (CICSA)-Department of the Army-2001.
- Basic Evidence Recovery Techniques (BERT)-DCITP, Linthicum, MD- 2002.
- Basic Forensic Examiner Course (BFE)-DCITP-Linthicum, MD-2002.
- Forensics in a Solaris Environment (FISE)-DCITP-Linthicum, MD-2002.
- SANS-Tracking Hackers/Honey pots-SANS Institute, Dupont Circle, DC-2003.
- Encase Intermediate Analysis and Reporting-Guidance Software, Sterling VA-2004.
- PDA and Cell Phone Seizure and Analysis-Paraben Software, Orlando FL-2005
- Network Monitoring Course (NMC)-DCITP- Linthicum, MD-2005
- Encase Advanced Internet Examinations-Guidance Software, Los Angeles CA-2006
- (FTK) Windows Forensics-AccessData, Dallas TX-2006
- (DNA) Applied Decryption-AccessData, Nashville TN, 2007
- Network Intrusion Course-Guidance Software, Houston, TX, 2010
- SANS-Hacker Techniques, Exploits, and Incident Handling, San Francisco, CA, 2011

20