# Exhibit 4

AITISM.NET WHOIS INFORMATION:

Registrar:

　Handle: 2845476093_DOMAIN_NET-VRSN

　LDH Name: AITISM.NET

　Unicode Name: AITISM.NET

Nameserver:

　LDH Name: tim.ns.cloudflare.com

　Unicode Name: tim.ns.cloudflare.com

Nameserver:

　LDH Name: celine.ns.cloudflare.com

　Unicode Name: celine.ns.cloudflare.com

SecureDNS:

　Zone Signed: false

Public Id:

　Type: IANA Registrar ID

　Identifier: 69

Event:

　Action: registration

　Date: 2024-01-12T07:18:31Z

Event:

　Action: expiration

　Date: 2025-01-12T07:18:31Z

Event:

　Action: last update of RDAP database

　Date: 2024-01-12T07:33:11Z

Event:

22

Action: last changed

Date: 2024-01-12T07:33:11Z

Status:

client transfer prohibited

client update prohibited

Entity:

Role:

REGISTRANT

VCard:

Kind: individual

Language: en

Address:

Region: Charlestown

Country: KN

Contact-Uri: https://tieredaccess.com/contact/71b2316b-edfa-45bb-9fec-ee684dfde09a

Remark:

Title: REDACTED FOR PRIVACY

Type: object redacted due to authorization

Description: Some of the data in this object has been removed

Entity:

Role:

ADMIN

Remark:

Title: REDACTED FOR PRIVACY

Type: object redacted due to authorization

23

   Description: Some of the data in this object has been removed

  Entity:

   Role:

   TECHNICAL

   Remark:

    Title: REDACTED FOR PRIVACY

    Type: object redacted due to authorization

     Description: Some of the data in this object has been removed

  Entity:

   Role:

    BILLING

   Remark:

    Title: REDACTED FOR PRIVACY

    Type: object redacted due to authorization

     Description: Some of the data in this object has been removed

  Entity:

   Role:

    REGISTRAR

   VCard:

    Formatted Name: TUCOWS, INC.

    Kind: individual

     Language: en

   Entity:

    Role:

     ABUSE

    VCard:

24

  Formatted Name: TUCOWS, INC.

  Kind: individual

  Language: en

  TYPE: voice

  Email: domainabuse@tucows.com

Entity:

 Role:

  RESELLER

 VCard:

  Formatted Name: 1337 Services LLC

  Kind: individual

  Language: en

 Notice:

  Title: Status Codes

  Description: For more information on domain status codes, please visit https://icann.org/epp

  Link:

   Value: https://icann.org/epp

   Type: text/html

   Href: https://icann.org/epp

 Notice:

  Title: RDDS Inaccuracy Complaint Form

  Description: URL of the ICANN RDDS Inaccuracy Complaint Form:https://icann.org/wicf

  Link:

   Value: https://icann.org/wicf

   Type: text/html

25

Href: https://icann.org/wicf

Notice:

Title: Terms of Service

Description:

The data provided by the Registration Data Access Protocol ("RDAP" or "Whois") is provided to you by Tucows for information purposes only and may be used to assist you in obtaining information about or related to a domain name's registration record. These terms govern your use of this service and access to this database. We reserve the right to modify these terms at any time.

This information is provided "as is" and does not guarantee its accuracy.

By submitting a query, you certify that you have a legitimate purpose for requesting the data, that you will use this data only for lawful purposes and delete the data immediately when the data are no longer necessary for your lawful or legitimate purpose, and that, under no circumstances, will you use this data to: a) allow, enable, or otherwise support the transmission of mass, unsolicited, commercial advertising, or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of any registry operator or ICANN-accredited registrar, except as reasonably necessary to register domain names or modify existing registrations.

The compilation, repackaging, dissemination, or other use of these data is expressly prohibited.

Your access to the database may be terminated at any time in our sole discretion including, without limitation, for excessive querying of the database or for failure to otherwise abide by this policy.

Your IP address, the queried domain, the response, and a timestamp is stored for the purposes of maintaining the service and to ensure adherence with these terms.

By submitting this query, you agree to these terms.

NOTE: THIS DATABASE IS A CONTACT DATABASE ONLY.  LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

Link:

Value: http://www.tucowsdomains.com/rdap/tos

26

27

Type: text/html

Href: http://www.tucowsdomains.com/rdap/tos

RDAP Conformance:

rdap_level_0

icann_rdap_response_profile_0

icann_rdap_technical_implementation_guide_0

Registry:

Handle: 2845476093_DOMAIN_NET-VRSN

LDH Name: AITISM.NET

Nameserver:

LDH Name: CELINE.NS.CLOUDFLARE.COM

Nameserver:

LDH Name: TIM.NS.CLOUDFLARE.COM

SecureDNS:

Delegation Signed: false

Event:

Action: registration

Date: 2024-01-12T07:18:31Z

Event:

Action: expiration

Date: 2025-01-12T07:18:31Z

Event:

Action: last changed

Date: 2024-01-12T07:30:00Z

Event:

  Action: last update of RDAP database

  Date: 2024-02-17T09:01:09Z

Status:

  client transfer prohibited

  client update prohibited

Entity:

  Handle: 69

  Role:

   REGISTRAR

  VCard:

   Formatted Name: Tucows Domains Inc.

  Entity:

   Role:

    ABUSE

   VCard:

    Formatted Name:

     TYPE: voice

    Email: domainabuse@tucows.com

Link:

  Rel: self

  Value: https://rdap.verisign.com/net/v1/domain/AITISM.NET

  Type: application/rdap+json

  Href: https://rdap.verisign.com/net/v1/domain/AITISM.NET

Link:

  Rel: related

28

   Value: https://opensrs.rdap.tucows.com/domain/AITISM.NET

   Type: application/rdap+json

   Href: https://opensrs.rdap.tucows.com/domain/AITISM.NET

  Notice:

   Title: Terms of Use

    Description: Service subject to Terms of Use.

    Link:

     Type: text/html

     Href: https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml

  Notice:

   Title: Status Codes

    Description: For more information on domain status codes, please visit https://icann.org/epp

    Link:

     Type: text/html

     Href: https://icann.org/epp

  Notice:

   Title: RDDS Inaccuracy Complaint Form

    Description: URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

    Link:

     Type: text/html

     Href: https://icann.org/wicf

  RDAP Conformance:

   rdap_level_0

   icann_rdap_technical_implementation_guide_0

   icann_rdap_response_profile_0

29