# Exhibit 5

# Aitism.net terms of service

## Welcome to aitism!

### Terms of Service

Last updated: January 18, 2024

Summary

This Service acts as a platform to connect users with third party services. We do not endorse or control the content of third party services. Users and services warrant that their use of this platform and associated third party services will be for lawful purposes only and will not violate any third party terms of service. Users and services will hold this platform harmless for any misuse of third party services accessed through this service.

The Services are intended for users who are at least 18 years old. Persons under the age of 18 are not permitted to use or register for the Services.

Termination of Service

We reserve the right to terminate service and deny access to you for any reason at our sole discretion.

We reserve the right to terminate our Services in their entirety at any time without notice. We will not be liable to you, any registered services, or any third party for any termination of your rights to use or otherwise access our Services.

Upon any termination, all rights granted to you under these Terms of Service will immediately cease. We reserve the right to retain any data or content submitted through your use of the Services for legal compliance purposes.

Reporting Abuse

Please report any abusive, offensive, or illegal content or activity to:

aitism@memeware.net.

We will investigate all reports and take appropriate action.

By using or registering with this website, you agree to these terms of service.

The operators of this website reserve the right to update these terms at any time. Your continued use of the website after any changes constitutes acceptance of the updated terms.

Disclaimer

The services are provided on an as-is and as-available basis. You agree that your use of the services will be at your sole risk. To the fullest extent permitted by law, we disclaim all warranties, express or implied, in connection with the services and your use thereof, including, without limitation, the implied warranties of merchantability, fitness for a particular purpose, and non-infringement. We make no warranties or representations about the accuracy or completeness of the services' content or the content of any websites or mobile applications linked to the services and we will assume no liability or responsibility for any (1) errors, mistakes, or inaccuracies of content and materials, (2) personal injury or property damage, of any nature whatsoever, resulting from your access to and use of the services, (3) any unauthorized access to or use of our secure servers and/or any and all personal information and/or financial information stored therein, (4) any interruption or cessation of transmission to or from the services, (5) any bugs, viruses, trojan horses, or the like which may be transmitted to or through the services by any third party, and or (6) any errors or omissions in any content and materials or for any loss or damage of any kind incurred as a result of the use of any content posted, transmitted, or otherwise made available via the services. We do not warrant, endorse, guarantee, or assume responsibility for any product or service advertised or offered by a third party through the services. Any hyperlinked website, or any website or mobile application featured in any banner or other advertising, and we will not be a party to or in any way be responsible for monitoring any transaction between you and any third-party providers of products or services. As with the purchase of a product or service through any medium or in any environment, you should use your best judgment and exercise caution where appropriate.

Limitations of Liability

In no event will we or our directors, employees, or agents be liable to you or any third party for any direct, indirect, consequential, exemplary, incidental, special, or punitive damages, including lost profit, lost revenue, loss of data, or other damages arising from your use of the services, even if we have been advised of the possibility of such damages. Notwithstanding anything to the contrary contained herein, our liability to you for any cause whatsoever and regardless of the form of the action, will at all times be limited to the lesser of the amount paid, if any, by you to us during the six (6) month period prior to any cause of action arising or $50.00 USD. Certain us state laws and international laws do not allow limitations on implied warranties or the exclusion or limitation of certain damages. If these laws apply to you, some or all of the above disclaimers or limitations may not apply to you, and you may have additional rights.

Indemnity

You agree to defend, indemnify, and hold us harmless, including our subsidiaries, affiliates, and all of our respective officers, agents, partners, and employees, from and against any loss damage, liability, claim, or demand, including reasonable attorneys' fees and expenses, made by any third party due to or arising out of: (1) your Contributions; (2) use of the Services; (3) breach of these Legal Terms; (4) any breach of your representations and warranties set forth in these Legal Terms; (5) your violation of the rights of a third party, including but not limited to intellectual property rights; or (6) any overt harmful act toward any other user of the Services with whom you connected via the Services. Notwithstanding the foregoing, we reserve the right, at your expense, to assume the exclusive defense and control of any matter for which you are required to indemnify us, and you agree to cooperate, at your expense, with our defense of such claims. We will use reasonable efforts to notify you of any such claim, action, or proceeding which is subject to this indemnification upon becoming aware of it.

### Privacy Policy

Last updated: January 18, 2024

We collect only the technical information required to deliver our services to users. This includes IP addresses, browser type, device type, and related technical data. We do not store logs of user activity or personal information. Any technical data we collect is only stored as needed to process requests through our system and is not retained for longer than required for this purpose.

We do not share any technical data with third parties except as needed to provide our services. We do not sell or otherwise commercialize any user data.

By using or registering with this website, you agree to this privacy policy.

The operators of this website reserve the right to update these terms at any time. Your continued use of the website after any changes constitutes acceptance of the updated terms.