# Exhibit 6

Aitism.net subdomain pointers from rentry.org/miniproxy domain

# MINIPROXY <3

### 🔗 proxy links

https://leone-harvest-suppliers-tcp.trycloudflare.com ~~(azure and api dall-e can be used for token lookups and nickname changes. open to everyone)~~
https://assistant.aitism.net/assistant/miniproxy/openai (gpt-4, gpt-4-turbo, gpt-4o, gpt-3.5-turbo, o1)
https://assistant.aitism.net/assistant/miniproxy/azure (32k, 4o)
https://assistant.aitism.net/assistant/miniproxy/aws (aws claude)
https://assistant.aitism.net/assistant/miniproxy/anthropic (claude api)
https://assistant.aitism.net/assistant/miniproxy/gemini (gemini. new exp model available)
https://assistant.aitism.net/assistant/miniproxy/gcp (experimental. no opus)
enable streaming if you receive timeout errors. Cloudflare has a 100 second limit. ignore the model list the proxy sends you.

```
openai context size: 131072
anthropic context size: 25000
openai output size: 16384
anthropic output size: 4000
"allowAwsLogging": "false",
"promptLogging": "false",
```

new usage graphs soon

total **active** users: 145 (CLOSED)

if any model is broken/dead pls lmk with an email and i will try to fix. i cant always check because uni and stuff... im not leaving for a while you don't need to worry

### 💡 news (now)

added o1 (non preview!)
checking emails tmr i have like 20

- I don't have a tripcode
- I will check the emails and answer every single one of them.
- You can donate api keys and sources for access to the proxy. PLEASE DONT FILL YOUR PERSONAL KEYS WITH MONEY THAT'S NOT WHAT I MEAN.
- The proxy will only use organization keys.
- Miniproxy is not logged and will never be.
- <3 to every other proxy host for providing proxies.

email me for anything(yes, that includes logs/bots). Doesn't need to be related to proxies and /aicg/. Always open to key/source donators.
fiz123321@proton.me (average response time: 24 hours)
sorry for ignoring you. not happening again.

(source hints are greatly appreciated)
<3
donations if u want (i spend ~15-20 dollars monthly for this)
XMR: 4B9ji46Kv8NLEY1bF8XuXPKfs8KynKrPqA9cFDrQBm2bMWrWNQ3H3MWb5UkDNJcvzwWQreSstpw3WAF2GoU2D7yxRYc8r4s (email me if u want something else)
optional but really appriciated

> can i buy a token

Yes, price for a token is 300 dollars. No, it's not worth it.

34