# Exhibit 7

User statistics posted to rentry.org/miniproxy domain

## Stats

??? users | 3107763 proompts | 15120 IPs | 23.403b tokens | US$310927.94 cost

| User | | Prompts | IPs | Usage |
|---|---|---|---|---|
| 1. BANNED | ...ccccc | 248335 proompts | 1 IPs | 1.183b ($23362.17) tokens |
| 2. Anonymous | ...e8c05 | 28341 proompts | 45 IPs | 873.13m ($11485.09) tokens |
| 3. Anonymous | ...6a862 | 83217 proompts | 63 IPs | 778.91m ($7475.47) tokens |
| 4. Anonymous | ...f8087 | 90801 proompts | 76 IPs | 625.27m ($7548.34) tokens |
| 5. Anonymous | ...b0cc2 | 117899 proompts | 47 IPs | 573.41m ($9021.05) tokens |
| 6. Anonymous | ...b39d5 | 43657 proompts | 194 IPs | 518.18m ($5191.26) tokens |
| 7. Anonymous | ...1f0a8 | 37332 proompts | 115 IPs | 424.75m ($5765.03) tokens |
| 8. Anonymous | ...9433f | 28195 proompts | 20 IPs | 404.16m ($4521.47) tokens |
| 9. Anonymous | ...3390d | 40170 proompts | 180 IPs | 373.91m ($3882.67) tokens |
| 10. Anonymous | ...69d97 | 62534 proompts | 31 IPs | 357.18m ($4223.72) tokens |
| 11. Anonymous | ...591a5 | 46437 proompts | 889 IPs | 350.40m ($4091.99) tokens |
| 12. Anonymous | ...0b8c4 | 44706 proompts | 67 IPs | 349.83m ($5903.38) tokens |
| 13. Anonymous | ...2e954 | 33510 proompts | 177 IPs | 342.00m ($5078.78) tokens |
| 14. Anonymous | ...b280e | 51016 proompts | 28 IPs | 338.62m ($4929.64) tokens |
| 15. Anonymous | ...fadda | 31370 proompts | 290 IPs | 322.97m ($3858.19) tokens |
| 16. Anonymous | ...2cf26 | 43898 proompts | 108 IPs | 320.93m ($5483.78) tokens |
| 17. Anonymous | ...540b3 | 13297 proompts | 124 IPs | 319.96m ($3899.03) tokens |
| 18. Anonymous | ...d5ac9 | 17578 proompts | 299 IPs | 316.52m ($4106.34) tokens |
| 19. Anonymous | ...c8fb3 | 27159 proompts | 89 IPs | 305.23m ($5939.72) tokens |
| 20. Anonymous | ...71869 | 31936 proompts | 6 IPs | 302.42m ($2975.59) tokens |
| 21. Anonymous | ...1cba5 | 31752 proompts | 271 IPs | 296.99m ($3603.38) tokens |
| 22. Anonymous | ...f72b0 | 31229 proompts | 53 IPs | 281.26m ($3446.69) tokens |
| 23. Anonymous | ...defbc | 50646 proompts | 85 IPs | 273.65m ($3427.97) tokens |
| 24. Anonymous | ...f8dfb | 57297 proompts | 93 IPs | 270.29m ($3322.36) tokens |
| 25. Anonymous | ...9eb4f | 53958 proompts | 276 IPs | 260.22m ($5161.22) tokens |

36

| 26. Anonymous | ...77bfa | 18079 proompts | 97 IPs | 254.46m ($2335.75) tokens |
| --- | --- | --- | --- | --- |
| 27. Anonymous | ...83c69 | 42603 proompts | 153 IPs | 251.63m ($2151.29) tokens |
| 28. Anonymous | ...b0eb3 | 19958 proompts | 213 IPs | 234.33m ($2087.62) tokens |
| 29. Anonymous | ...05d3b | 27711 proompts | 12 IPs | 229.05m ($2825.62) tokens |
| 30. Anonymous | ...2c676 | 16572 proompts | 240 IPs | 223.54m ($3375.82) tokens |
| 31. Anonymous | ...dad89 | 52550 proompts | 48 IPs | 219.58m ($2300.64) tokens |
| 32. Anonymous | ...a0acc | 46383 proompts | 32 IPs | 212.19m ($3419.71) tokens |
| 33. Anonymous | ...95206 | 26245 proompts | 177 IPs | 210.03m ($3069.06) tokens |
| 34. Anonymous | ...c7dbd | 30680 proompts | 27 IPs | 208.38m ($2714.08) tokens |
| 35. Anonymous | ...45ba5 | 30262 proompts | 124 IPs | 206.95m ($2830.89) tokens |
| 36. Anonymous | ...a1ccc | 21925 proompts | 78 IPs | 205.86m ($2420.64) tokens |
| 37. Anonymous | ...8c055 | 20670 proompts | 396 IPs | 205.65m ($3109.74) tokens |
| 38. Anonymous | ...696dd | 27410 proompts | 186 IPs | 203.94m ($2568.51) tokens |
| 39. Anonymous | ...aa047 | 15310 proompts | 22 IPs | 197.61m ($2027.15) tokens |
| 40. Anonymous | ...7886b | 9162 proompts | 1 IPs | 192.89m ($2181.43) tokens |
| 41. Anonymous | ...3956e | 6717 proompts | 22 IPs | 192.41m ($2437.41) tokens |
| 42. Anonymous | ...06de4 | 17592 proompts | 48 IPs | 182.65m ($2665.86) tokens |
| 43. Anonymous | ...a8dfa | 17156 proompts | 7 IPs | 177.79m ($3752.73) tokens |
| 44. Anonymous | ...dcb3e | 35596 proompts | 20 IPs | 172.01m ($1693.53) tokens |
| 45. Anonymous | ...1f746 | 19633 proompts | 25 IPs | 171.58m ($2298.92) tokens |
| 46. Anonymous | ...d57ab | 20879 proompts | 38 IPs | 163.12m ($2952.55) tokens |
| 47. Anonymous | ...8e3c0 | 15529 proompts | 58 IPs | 158.31m ($1914.85) tokens |
| 48. Anonymous | ...38f06 | 35663 proompts | 82 IPs | 156.65m ($2295.44) tokens |
| 49. Anonymous | ...71b48 | 10815 proompts | 80 IPs | 150.66m ($2217.59) tokens |
| 50. Anonymous | ...b78c2 | 14632 proompts | 44 IPs | 143.24m ($1302.25) tokens |
| 51. Anonymous | ...fc3e3 | 28402 proompts | 30 IPs | 143.13m ($1736.03) tokens |
| 52. Anonymous | ...c42bb | 20638 proompts | 33 IPs | 142.89m ($1259.06) tokens |
| 53. Anonymous | ...57d6a | 26343 proompts | 268 IPs | 142.87m ($2036.96) tokens |
| 54. Anonymous | ...cd7bf | 15139 proompts | 20 IPs | 138.71m ($2009.06) tokens |
| 55. Anonymous | ...48ebd | 19250 proompts | 30 IPs | 135.03m ($1596.64) tokens |

37

| # | ID | Prompts | IPs | Tokens |
|---|---|---|---|---|
| 56. Anonymous | ...b544f | 18522 proompts | 39 IPs | 131.10m ($1677.08) tokens |
| 57. Anonymous | ...36aa2 | 15662 proompts | 124 IPs | 129.10m ($1615.63) tokens |
| 58. Anonymous | ...509e0 | 19340 proompts | 79 IPs | 127.65m ($1483.68) tokens |
| 59. Anonymous | ...aa889 | 21057 proompts | 36 IPs | 127.06m ($1639.74) tokens |
| 60. Anonymous | ...af631 | 16026 proompts | 62 IPs | 124.30m ($1957.74) tokens |
| 61. Anonymous | ...8cc73 | 13855 proompts | 11 IPs | 123.04m ($1363.57) tokens |
| 62. Anonymous | ...78a99 | 17837 proompts | 68 IPs | 122.74m ($1169.80) tokens |
| 63. Anonymous | ...16afd | 9826 proompts | 31 IPs | 120.24m ($1536.94) tokens |
| 64. Anonymous | ...c75d2 | 23724 proompts | 21 IPs | 119.77m ($1613.61) tokens |
| 65. Anonymous | ...31639 | 26204 proompts | 19 IPs | 116.32m ($1310.16) tokens |
| 66. Anonymous | ...951a7 | 19489 proompts | 39 IPs | 115.07m ($1342.01) tokens |
| 67. Anonymous | ...c8815 | 11087 proompts | 9 IPs | 114.76m ($1262.38) tokens |
| 68. Anonymous | ...ee71e | 7318 proompts | 13 IPs | 107.04m ($1253.70) tokens |
| 69. Anonymous | ...9c2b9 | 29137 proompts | 181 IPs | 107.00m ($3219.11) tokens |
| 70. Anonymous | ...bede9 | 20084 proompts | 79 IPs | 106.68m ($1315.67) tokens |
| 71. Anonymous | ...d6469 | 10155 proompts | 868 IPs | 105.83m ($1151.51) tokens |
| 72. Anonymous | ...92839 | 31306 proompts | 17 IPs | 105.77m ($1331.79) tokens |
| 73. Anonymous | ...201d7 | 11741 proompts | 16 IPs | 100.50m ($1014.32) tokens |
| 74. Anonymous | ...151f9 | 5969 proompts | 242 IPs | 98.09m ($1217.14) tokens |
| 75. Anonymous | ...1498c | 8070 proompts | 17 IPs | 96.92m ($1435.72) tokens |
| 76. Anonymous | ...cfc1b | 22177 proompts | 32 IPs | 94.90m ($1167.06) tokens |
| 77. Anonymous | ...d043f | 14254 proompts | 117 IPs | 93.46m ($1226.87) tokens |
| 78. Anonymous | ...3ffb1 | 12933 proompts | 294 IPs | 91.71m ($843.61) tokens |
| 79. Anonymous | ...270ea | 23123 proompts | 715 IPs | 88.52m ($1209.16) tokens |
| 80. Anonymous | ...dde1d | 15044 proompts | 34 IPs | 87.38m ($1608.80) tokens |
| 81. Anonymous | ...fdf43 | 6214 proompts | 58 IPs | 86.13m ($1050.57) tokens |
| 82. Anonymous | ...d6d64 | 6144 proompts | 4 IPs | 85.87m ($941.73) tokens |
| 83. Anonymous | ...7e23d | 18790 proompts | 60 IPs | 81.67m ($928.64) tokens |
| 84. Anonymous | ...203e2 | 7388 proompts | 104 IPs | 81.32m ($845.77) tokens |
| 85. Anonymous | ...3c1db | 12561 proompts | 59 IPs | 79.43m ($441.42) tokens |
| 86. Anonymous | ...2cd57 | 8717 proompts | 11 IPs | 79.42m ($906.60) tokens |
| 87. Anonymous | ...acd73 | 9728 proompts | 91 IPs | 78.72m ($909.45) tokens |
| 88. Anonymous | ...f1c12 | 13300 proompts | 159 IPs | 77.73m ($1140.93) tokens |
| 89. Anonymous | ...ae03a | 7997 proompts | 58 IPs | 75.99m ($715.64) tokens |

| | | | | |
|---|---|---|---|---|
| 90. Anonymous | ...781cb | 11947 proompts | 14 IPs | 74.19m ($915.21) tokens |
| 91. Anonymous | ...4edd0 | 15073 proompts | 40 IPs | 73.52m ($1031.75) tokens |
| 92. Anonymous | ...9322c | 11537 proompts | 17 IPs | 71.53m ($2117.35) tokens |
| 93. Anonymous | ...b6718 | 4752 proompts | 15 IPs | 69.43m ($626.60) tokens |
| 94. Anonymous | ...aec37 | 21768 proompts | 47 IPs | 69.09m ($803.05) tokens |
| 95. Anonymous | ...fe19b | 7228 proompts | 87 IPs | 69.02m ($971.47) tokens |
| 96. Anonymous | ...f3b14 | 6863 proompts | 59 IPs | 68.46m ($1070.46) tokens |
| 97. Anonymous | ...8b3f5 | 3669 proompts | 101 IPs | 68.33m ($817.71) tokens |
| 98. Anonymous | ...77546 | 10746 proompts | 1 IPs | 68.26m ($548.35) tokens |
| 99. Anonymous | ...6f2ff | 5649 proompts | 24 IPs | 67.65m ($623.25) tokens |
| 100. Anonymous | ...3473b | 3808 proompts | 15 IPs | 62.58m ($935.80) tokens |
| 101. Anonymous | ...f4236 | 6714 proompts | 55 IPs | 62.49m ($791.87) tokens |
| 102. Anonymous | ...10ac2 | 6638 proompts | 35 IPs | 62.33m ($861.55) tokens |
| 103. Anonymous | ...e5136 | 3455 proompts | 35 IPs | 60.38m ($453.60) tokens |
| 104. Anonymous | ...10d44 | 2032 proompts | 17 IPs | 60.01m ($472.07) tokens |
| 105. Anonymous | ...07fe0 | 22714 proompts | 15 IPs | 59.22m ($1241.55) tokens |
| 106. Anonymous | ...eec6d | 17069 proompts | 239 IPs | 58.95m ($782.69) tokens |
| 107. Anonymous | ...037b2 | 14730 proompts | 63 IPs | 58.67m ($760.24) tokens |
| 108. Anonymous | ...79643 | 15227 proompts | 25 IPs | 58.22m ($1258.74) tokens |
| 109. Anonymous | ...12bc5 | 6541 proompts | 67 IPs | 58.16m ($896.14) tokens |
| 110. Anonymous | ...cf848 | 7246 proompts | 11 IPs | 57.60m ($747.86) tokens |
| 111. Anonymous | ...dc9e2 | 6201 proompts | 11 IPs | 57.35m ($765.72) tokens |
| 112. Anonymous | ...20927 | 11224 proompts | 17 IPs | 57.13m ($689.07) tokens |
| 113. Anonymous | ...08e43 | 7636 proompts | 179 IPs | 56.53m ($673.84) tokens |
| 114. Anonymous | ...f9bb9 | 1685 proompts | 5 IPs | 56.00m ($280.23) tokens |
| 115. Anonymous | ...5c818 | 11922 proompts | 26 IPs | 55.83m ($851.03) tokens |
| 116. Anonymous | ...3189a | 6977 proompts | 66 IPs | 55.07m ($728.87) tokens |
| 117. Anonymous | ...d27c6 | 11008 proompts | 20 IPs | 53.68m ($1379.11) tokens |
| 118. Anonymous | ...d2c5e | 12927 proompts | 114 IPs | 51.16m ($1143.13) tokens |
| 119. Anonymous | ...870d9 | 7436 proompts | 20 IPs | 49.48m ($532.72) tokens |
| 120. Anonymous | ...7dd00 | 8296 proompts | 65 IPs | 46.84m ($575.21) tokens |
| 121. Anonymous | ...1db95 | 3705 proompts | 102 IPs | 46.29m ($601.49) tokens |
| 122. Anonymous | ...6a2f1 | 2173 proompts | 26 IPs | 46.20m ($233.49) tokens |
| 123. Anonymous | ...d0f22 | 7597 proompts | 183 IPs | 45.48m ($643.65) tokens |

| # | ID | Prompts | IPs | Tokens |
|---|---|---|---|---|
| 124.Anonymous | ...9c033 | 5666 proompts | 284 IPs | 45.02m ($695.86) tokens |
| 125.Anonymous | ...d4591 | 8416 proompts | 64 IPs | 44.59m ($861.01) tokens |
| 126.Anonymous | ...41071 | 1358 proompts | 11 IPs | 44.11m ($376.12) tokens |
| 127.Anonymous | ...468e2 | 5620 proompts | 14 IPs | 42.47m ($613.37) tokens |
| 128.Anonymous | ...ae96c | 4284 proompts | 15 IPs | 42.29m ($547.99) tokens |
| 129.Anonymous | ...49ecb | 8239 proompts | 75 IPs | 40.81m ($576.90) tokens |
| 130.Anonymous | ...e3ca7 | 5328 proompts | 33 IPs | 39.85m ($547.92) tokens |
| 131.Anonymous | ...1c1b0 | 3888 proompts | 50 IPs | 39.74m ($323.67) tokens |
| 132.Anonymous | ...08b90 | 6441 proompts | 9 IPs | 39.50m ($521.30) tokens |
| 133.Anonymous | ...8207b | 10835 proompts | 75 IPs | 39.17m ($847.34) tokens |
| 134.Anonymous | ...5bdbc | 3611 proompts | 8 IPs | 37.04m ($410.14) tokens |
| 135.Anonymous | ...5d57f | 4392 proompts | 64 IPs | 36.95m ($186.00) tokens |
| 136.Anonymous | ...56ea4 | 6015 proompts | 146 IPs | 35.42m ($744.24) tokens |
| 137.Anonymous | ...7ac1d | 4173 proompts | 6 IPs | 34.35m ($709.70) tokens |
| 138.Anonymous | ...9ad79 | 2281 proompts | 53 IPs | 33.99m ($191.75) tokens |
| 139.Anonymous | ...b7cea | 9235 proompts | 21 IPs | 33.98m ($665.56) tokens |
| 140.Anonymous | ...b550e | 6572 proompts | 64 IPs | 32.17m ($593.85) tokens |
| 141.Anonymous | ...8ccb4 | 12379 proompts | 46 IPs | 29.71m ($402.64) tokens |
| 142.Anonymous | ...fb8f6 | 4510 proompts | 234 IPs | 29.54m ($326.76) tokens |
| 143.Anonymous | ...1db83 | 3600 proompts | 105 IPs | 28.92m ($341.05) tokens |
| 144.Anonymous | ...1985e | 4336 proompts | 28 IPs | 28.64m ($348.20) tokens |
| 145.Anonymous | ...42dbf | 6040 proompts | 38 IPs | 28.21m ($334.99) tokens |

40