# Exhibit 8

Test image with C2PA metadata containing Microsoft trademark





**Untitled asset**
Issued by Microsoft Corporation on S...

**Content summary**
This image was generated with an AI tool.

**Process**
The app or device used to produce this content recorded the following info:

**App or device used**
Microsoft Responsible AI Image Provenance 1.0

**AI tool used**
Azure OpenAI DALL-E

**Actions**
Created
Created a new file or content

**About this Content Credential**

**Issued by**
Microsoft Corporation

**Issued on**
Sep 12, 2024 at 2:14 PM PDT

42