# Exhibit 9

Screen capture from de3u User Interface



44