# Exhibit 10

https://learn.microsoft.com/en-us/training/modules/get-started-ai-fundamentals/6-understand

# Understand generative AI

2 minutes

Generative AI describes a category of capabilities within AI that create original content. People typically interact with generative AI that has been built into chat applications. Generative AI applications take in natural language input, and return appropriate responses in a variety of formats including natural language, image, code, and audio.

## Generative AI in Microsoft Azure

In Microsoft Azure, you can use the **Azure OpenAI service** to build generative AI solutions. Azure OpenAI Service is Microsoft's cloud solution for deploying, customizing, and hosting generative AI models. It brings together the best of OpenAI's cutting edge models and APIs with the security and scalability of the Azure cloud platform.

Azure OpenAI supports many foundation model choices that can serve different needs. The service features are available for use and testing with **Azure AI Foundry**, Microsoft's platform for designing enterprise-grade AI solutions. You can use the Azure AI Foundry portal to manage, develop, and customize generative AI models.

## Next unit: Challenges and risks with AI

Previous Next

Having an issue? We can help!

- For issues related to this module, explore existing questions using the #azure training tag or Ask a question on Microsoft Q&A.
- For issues related to Certifications and Exams, post on Certifications Support Forums or visit our Credentials Help.

## Feedback

Was this page helpful? Yes No

English (United States) Your Privacy Choices Theme
Previous Versions Blog Contribute Privacy Terms of Use Trademarks © Microsoft 2024

