# Exhibit 12

https://datacenters.microsoft.com/globe/explore/



54