# Exhibit 14

https://azure.microsoft.com/en-us/resources/cloud-computing-dictionary/what-is-azure

## What is Azure?

The Azure cloud platform is more than 200 products and cloud services designed to help you bring new solutions to life—to solve today's challenges and create the future. Build, run, and manage applications across multiple clouds, on-premises, and at the edge, with the tools and frameworks of your choice.

Start free    Your most popular questions answered

### Trust your cloud

Get security from the ground up, backed by a team of experts, and proactive compliance trusted by enterprises, governments, and startups.

### Operate hybrid seamlessly

On-premises, across multiple clouds, and at the edge—we'll meet you where you are. Integrate and manage your environments with services designed for hybrid cloud.

### Build on your terms

With a commitment to open source, and support for all languages and frameworks, build how you want, and deploy where you want to.

### Be future-ready

Continuous innovation from Microsoft supports your development today, and your product visions for tomorrow.

**90+**

compliance offerings—the largest portfolio in the industry.

**95%**

of Fortune 500 companies trust their business on Azure.

**$1 billion**

investment (US dollars) per year in security to protect customers' data from cyberthreats.







## Solutions do the work for you

Find answers to the business challenges you face with an Azure solution that brings together everything you need—related products, services, and third-party applications. From DevOps to business analytics to the Internet of Things, you'll be up and running quickly with a scalable, cost-effective solution that works with your existing investments.

### Healthcare

Develop solutions for proactive, personalized healthcare.

### Financial services

Better serve customers, empower employees, and optimize risk management.

### Government

Build secure solutions to better serve and protect your citizens.

### Retail

Deliver personal, seamless, and differentiated experiences.

### Manufacturing

Respond quicker to customer feedback and market trends.

AI-powered assistant

## Companies doing great things with Azure

"We did look at different platforms, including Azure, Google, Amazon, and VMware. If we wanted to put the whole city in the cloud, we needed Azure."

Chris McMasters, Chief Information Officer, City of Corona, CA

Why choose Azure over AWS? >

asos

### Creating better experiences for 15.4 million customers worldwide

ASOS, a top online fashion retailer, delivered a more personalized, mobile-first experience with Azure.

Learn more >

DAIMLER

### Onboarding developers in hours instead of weeks

Daimler AG quickly attracts and onboards top talent to innovate faster using the Azure development environment.

Learn more >

### Is Azure secure?

Yes, security and privacy are foundational for Azure. Microsoft is committed to the highest levels of trust, transparency, standards conformance, and regulatory compliance—with the most comprehensive set of compliance offerings of any cloud service provider.

Learn more >

### How can Azure help if I outsource my IT?

IT partners use Azure to deploy, manage, and support customers' existing solutions, and to offer ready-made or custom solutions. Ask your IT partner how your organization can take advantage of Azure to meet your business goals. Or, find an Azure partner that fits your needs. Explore a wide network of partners with verified Azure capabilities.

Learn more >

### What other customers are using Azure?

Of the Fortune 500 companies, 95 percent rely on Azure for trusted cloud services. Companies of all sizes and maturities use Azure in their digital transformation.

Read customer stories >

### Is it only for Windows apps and services?

No. Azure supports open source technologies, so you can use the tools and technologies you prefer. Run virtually any application using your data source, with your operating system, on your device. With Azure, you have choices.

Learn more >

### Will Azure really save me money?

With no upfront cost, you only pay for what you use. Azure provides flexible purchasing and pricing options for all your cloud scenarios, such as the Azure Hybrid Benefit, and offers extensive tools to help manage your cloud spend.

Learn more >

### Can I try Azure services?

Yes. Create an Azure free account to experiment and build in the cloud. You'll get access to free Azure products and services, plus a $200 credit to use in your first 30 days.

Try Azure free >

### Will Azure work for my industry?

Azure provides solutions for all industries, through proven combinations of cloud products and services. Address your industry-specific business challenges today, and prepare for the future by innovating with Azure solutions.

Learn more >

### How does Azure compare to other clouds?

Azure is the only consistent hybrid cloud, delivers unparalleled developer productivity, provides comprehensive, multilayered security, including the largest compliance coverage of any cloud provider, and you'll pay less with Azure as Windows Server customers can save up to 50%, and SQL Server customers can save up to 76% compared to the leading cloud provider.

Compare Azure vs. AWS >

Get popular products free each month for a year

View free products

### Start

Take your first steps with Azure videos, demos, and training.

Get started

### Help

Get answers to your questions from a Microsoft expert.

Contact Azure support

### Learn

Browse quickstarts, samples, and tutorials.

Go to Azure documentation