# Exhibit 16

https://signup.azure.com/signup?offer=ms-azr-0044p&appId=102&ref=&redirectURL=https:%2F%2Fazure.microsoft.com%2Fget-started%2Fwelcome-to-azure%3Fsrc%3Dacom_free&l=en-us



72

