# Exhibit 18

https://azure.microsoft.com/en-us/solutions/ai/responsible-ai-with-azure/#features



84



RELATED PRODUCTS

## Learn more about Microsoft Azure Responsible AI

**Azure AI Content Safety**
Monitor text and images to detect offensive or inappropriate content.

Learn more

**Azure Machine Learning**
Empower rapid machine-learning model deployment and seamless collaboration with prompt flow, driving accelerated time to value.

Learn more

**Azure AI Foundry**
Develop generative AI applications and custom copilots in one platform.

Learn more

CUSTOMER STORIES

## See how customers are using Azure

**NHS**

"With Azure Machine Learning and the Responsible AI dashboard, we have the tools we need to understand, refine, and explain our outcomes so we can better serve our patients."

Dr. Justin Green, Leadership and Management Fellow at Health Education England North & Orthopedic Surgical Registrar

Product
A   Responsible AI dashboard

Read the story

NHS    SAS

RESOURCES

## Learn more about our commitment to responsible AI

85



Blog
### Tech Community blog
Read how-to articles and learn about product innovations and partnerships.

 Read the blog



Video
### AI Show
Find out what's available in AI services, watch demos, and hear discussions about new product capabilities.

 Watch now



AI in a minute
### What is generative AI?
Get up to speed on topics including generative AI, large language models, and prompt engineering in a fun, simple way.

 Watch the video series



Microsoft Mechanics
### How to start building copilots
Dive into Azure AI Foundry with Seth Juarez and learn how to build, test, deploy, and monitor solutions at scale.

 Watch the video



AI Show
### Best retrieval strategies for generative AI
Assess different modes of retrieval and learn about hybrid and reranking strategies you can achieve right out of the box.

 Watch the video

86



