# Exhibit 23

https://learn.microsoft.com/en-us/azure/ai-services/openai/concepts/default-safety-policies

# Default content safety policies

Article • 08/28/2024

Azure OpenAI Service includes default safety applied to all models, excluding Azure OpenAI Whisper. These configurations provide you with a responsible experience by default, including content filtering models, blocklists, prompt transformation, content credentials, and others.

Default safety aims to mitigate risks such as hate and fairness, sexual, violence, self-harm, protected material content and user prompt injection attacks. To learn more about content filtering, visit our documentation describing categories and severity levels here.

All safety is configurable. To learn more about configurability, visit our documentation on configuring content filtering.

## Text models: GPT-4, GPT-3.5

Text models in the Azure OpenAI Service can take in and generate both text and code. These models leverage Azure's text content filtering models to detect and prevent harmful content. This system works on both prompt and completion.

⟡ Expand table

| Risk Category | Prompt/Completion | Severity Threshold |
|---|---|---|
| Hate and Fairness | Prompts and Completions | Medium |
| Violence | Prompts and Completions | Medium |
| Sexual | Prompts and Completions | Medium |
| Self-Harm | Prompts and Completions | Medium |
| User prompt injection attack (Jailbreak) | Prompts | N/A |
| Protected Material – Text | Completions | N/A |
| Protected Material – Code | Completions | N/A |

158

# Vision models: GPT-4o, GPT-4 Turbo, DALL-E 3, DALL-E 2

## GPT-4o and GPT-4 Turbo

⌞⌝ Expand table

| Risk Category | Prompt/Completion | Severity Threshold |
|---|---|---|
| Hate and Fairness | Prompts and Completions | Medium |
| Violence | Prompts and Completions | Medium |
| Sexual | Prompts and Completions | Medium |
| Self-Harm | Prompts and Completions | Medium |
| Identification of Individuals and Inference of Sensitive Attributes | Prompts | N/A |
| User prompt injection attack (Jailbreak) | Prompts | N/A |

## DALL-E 3 and DALL-E 2

⌞⌝ Expand table

| Risk Category | Prompt/Completion | Severity Threshold |
|---|---|---|
| Hate and Fairness | Prompts and Completions | Low |
| Violence | Prompts and Completions | Low |
| Sexual | Prompts and Completions | Low |
| Self-Harm | Prompts and Completions | Low |
| Content Credentials | Completions | N/A |

159

| | | |
|---|---|---|
| Deceptive Generation of Political Candidates | Prompts | N/A |
| Depictions of Public Figures | Prompts | N/A |
| User prompt injection attack (Jailbreak) | Prompts | N/A |
| Protected Material – Art and Studio Characters | Prompts | N/A |
| Profanity | Prompts | N/A |

In addition to the above safety configurations, Azure OpenAI DALL-E also comes with prompt transformation by default. This transformation occurs on all prompts to enhance the safety of your original prompt, specifically in the risk categories of diversity, deceptive generation of political candidates, depictions of public figures, protected material, and others.

# Feedback

Was this page helpful? 👍 Yes  👎 No

Provide product feedback | Get help at Microsoft Q&A

160