UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Microsoft Corporation,

    Plaintiff,

v.

Does 1-10 Operating an Azure Abuse Network,

    Defendants.

Case No. 1:24cv-2323

FILED UNDER SEAL

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, December 20, 2024, or as soon thereafter as the undersigned may be heard, Plaintiff Microsoft Corporation will move for emergency *ex parte* relief pursuant to Federal Rules of Civil Procedure 4, 7, 26, and 65; Local Civil Rule 7(f)(3); the Computer Fraud and Abuse Act (18 U.S.C. § 1030); the Digital Millenium Copyright Act (17 U.S.C. § 1201), the Lanham Act (15 U.S.C. §§ 1114, 116, & 1125); the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962(c)); the common law, and the All Writs Act (28 U.S.C. § 1651), and that the hearing will be held at the Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314.

Dated: December 19, 2024

Respectfully submitted,

_____

JOSHUA CARRIGAN (VA Bar No. 96911)
jcarrigan@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: + 202 339 8400
Facsimile: + 202 339 8500

ROBERT L. URIARTE (*Pro Hac Vice* forthcoming)
ruriarte@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave.
Ste. 2700
Los Angeles, CA 90017
Telephone: + 1 213 629 2020
Facsimile: + 1 213 612 2499

JACOB M. HEATH (*Pro Hac Vice* forthcoming)
jheath@orrick.com
ANA M. MENDEZ-VILLAMIL (*Pro Hac Vice* forthcoming)
amendez-villamil@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: + 1 415 773 5700
Facsimile: + 1 415 773 5759

LAUREN BARON (*Pro Hac Vice* forthcoming)
lbaron@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone: + 1 212 506 5000
Facsimile: + 1 212 506 5151

*Of Counsel:*

RICHARD BOSCOVICH
rbosco@microsoft.com
**MICROSOFT CORPORATION**
Microsoft Redwest Building C
5600 148th Ave NE
Redmond, Washington 98052
Telephone: +1 425 704 0867
Facsimile: +1 425 706 7329

*Attorneys for Plaintiff*
MICROSOFT CORPORATION