UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Microsoft Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Does 1-10 Operating an Azure Abuse Network,<br><br>Defendants. | Case No. _____<br><br>FILED UNDER SEAL |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiff Microsoft Corporation's Emergency *Ex Parte* Motion for Expedited Discovery. Having reviewed the Motion and Memorandum in Support, the Complaint, and the supporting documentation, it is hereby:

**ORDERED** that Plaintiff's Motion for Expedited Discovery is **GRANTED**.

**SO ORDERED.**

Alexandria, Virginia

_____, 2024

_____
Judge, United States District Court
Eastern District of Virginia