UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1-10 OPERATING AN AZURE ABUSE NETWORK,<br><br>Defendants. | Case No. _____<br><br>FILED UNDER SEAL |

### [PROPOSED] ORDER

This matter comes before the Court on Plaintiff Microsoft Corporation's Emergency *Ex Parte* Motion to Permit Alternative Means of Service of Process of Defendants. Having reviewed the Motion, Memorandum in Support, the Complaint, and the supporting documentation, it is hereby:

**ORDERED** that Plaintiff's Motion for Alternative Service is **GRANTED**.

Therefore, **IT IS HEREBY ORDERED** that Plaintiff is to serve the complaint in this action together with a copy of this Order on Defendants by emails to Defendants' known email addresses and emails to the "abuse" contacts for the third-party ISPs whose services Defendants have used to conduct the Azure Abuse Enterprise.

Alexandria, Virginia

_____, 2024

_____
Judge, United States District Court
Eastern District of Virginia