UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Microsoft Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Does 1-10 Operating an Azure Abuse Network,<br><br>Defendants. | Case No. _____<br><br>**FILED UNDER SEAL** |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S<br>MOTION FOR A PROTECTIVE ORDER SEALING DOCUMENTS

This matter came before the Court on the motion of Plaintiff to allow the filing under seal of certain documents and general sealing of this case for a limited time. Upon consideration of the Motion to Seal, the pleadings filed herein, the arguments of counsel, and the Court finding that the arguments of applicable rules and Fourth Circuit precedent are satisfied, that the requested order is the least restrictive means available to protect the interests of Plaintiff and the public, and that there is a compelling need to enter a temporally limited sealing order, THEREFORE it is hereby

ORDERED that the instant case and the following documents be filed and maintained UNDER SEAL in accordance with Fed. R. Civ. P. 26(c)(1) and Local Civil Rule 5, pending execution of the temporary restraining order requested in Plaintiff's *Ex Parte* Application for an Emergency Temporary Restraining Order and Related Relief concurrently filed in this matter on December 19, 2024:

1. Motion for Protective Order Sealing Documents and attachments hereto, including the Non-Confidential Brief in support of this Motion;

2. Plaintiff's Complaint and the attachments thereto;

3. Pro Hac Vice Applications of Jacob Heath, Robert Uriarte, Ana Mendez-Villamil, and

Lauren Baron;

4. Motion to Exceed Page Limits and attachments thereto;

5. Application for an Emergency *Ex Parte* Temporary Restraining Order and Related Relief and accompanying documents;

6. the Declaration of Maurice Mason in Support of Microsoft's Motion for Temporary Restraining Order and Related Relief and Exhibits thereto;

7. the Declaration of Jason Lyons in Support of Microsoft's Motion for Temporary Restraining Order and Related Relief and Exhibits thereto;

8. the Declaration of Rodelio Fiñones in Support of Microsoft's Motion for Temporary Restraining Order and Related Relief and Exhibits thereto;

9. [Proposed] *Ex Parte* Temporary Restraining Order;

10. Emergency *Ex Parte* Motion and Memorandum in Support of Motion for Expedited Discovery;

11. [Proposed] Order relating to Emergency *Ex Parte* Motion and Memorandum in Support of Motion for Expedited Discovery and attachments thereto;

12. Emergency *Ex Parte* Motion and Memorandum in Support of Motion to Permit Alternative Means of Service of Process and attachments thereto; and

13. [Proposed] Order relating to Emergency *Ex Parte* Motion and Memorandum in Support of Motion to Permit Alternative Means of Service of Process.

IT IS FURTHER ORDERED that, immediately upon execution of the temporary restraining order sought by Plaintiff in the Application for TRO, Plaintiff shall commence efforts to serve Defendants with the papers and summons in this action and shall thereafter promptly file all papers in this case on the public docket.

IT IS FURTHER ORDERED that upon execution of the *ex parte* relief sought in the Application for TRO, Plaintiff shall file with the Clerk of the Court a Notice that the temporary restraining order has been executed, and Plaintiff shall be permitted to disclose such material as deemed necessary, including in order to commence its efforts to provide Defendants notice of the preliminary injunction hearing and service of the Complaint.

IT IS FURTHER ORDERED that in the event the Court elects not to grant Plaintiff's TRO Application, these materials shall remained sealed until such time as public filing of these materials will no longer present a risk of preventing Plaintiff from obtaining effective relief on its claims.

**IT IS SO ORDERED**

Alexandria, Virginia

_____, 2024

_____
Judge, United States District Court
Eastern District of Virginia