UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Microsoft Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>Does 1-10 Operating an Azure Abuse Network,<br><br>            Defendants. | Case No. _____<br><br>**FILED UNDER SEAL** |

**MICROSOFT CORPORATION'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO EXCEED PAGE LIMITS RE: PLAINTIFF'S TRO APPLICATION**

1

Pursuant to Fed. R. Civ. P. 7 and Local Civil Rule 7(f)(3), Plaintiff hereby moves for leave to exceed the page limits for Plaintiff's Application for Emergency *Ex Parte* Temporary Restraining Order and Related Relief. In support, Microsoft states as follows:

Contemporaneously with the filing of this Motion, Plaintiff is filing an Application for an Emergency *Ex Parte* Temporary Restraining Order and Related Relief (the "TRO Application"). Plaintiff's TRO Application is 38 pages.

Under Local Rule 7(f)(3), briefs are generally limited to 30 pages. Because of the complexity of the issues presented in this case, however, Plaintiff cannot fully explain the factual and legal bases for its TRO Application within the 30-page limit. Accordingly, Plaintiff respectfully requests that this Court grant leave to exceed the page limits imposed by Local Civil Rule 7. Plaintiff is filing this Motion for Leave to Exceed Page Limits contemporaneously with the filing of its case-initiating documents and TRO Application because of the urgent nature of these proceedings, the need for emergency relief, and the importance of maintaining confidentiality regarding the relief Plaintiff requests from the Court.

The Court may, in its discretion, grant leave to a party to exceed the page limit set forth in Local Civil Rule 7 and consider the party's brief in its entirety. *See, e.g., Harrison v. Prince William County Police Dep't,* 640 F. Supp. 2d 688, 700 (E.D. Va. 2009) (enlarging page limit given unusual procedural posture of the case). Here, because of the substantial public interest involved, the nature of the relief requested, and the complexity of Defendants' unlawful conduct, enlargement of the page limitation is critical to permitting Plaintiff a full opportunity to describe the extensive technical factual predicate for its TRO Application.

Plaintiff is submitting extensive evidence in support of its TRO Application that must be set forth in detail. In particular, Plaintiff is submitting detailed technical declarations and other

evidence related to the following: (1) the complex scheme used by Defendants to misuse Microsoft systems and technology for improper and illegal purposes; (2) the deleterious effects of Defendants' behavior on Plaintiff, its customers, and the general public; and (3) the irreparable harm suffered by Plaintiff and its customers as a result of Defendants' actions. In order to fully explain the significance of this evidence, Plaintiff requires more than 30 pages of briefing.

Accordingly, given the technical issues presented in this case and the *ex parte* nature of the TRO Application, Plaintiff respectfully requests relief from Local Civil Rule 7's page limitation so that Plaintiff can provide the Court with the information it needs to rule on the merits of the TRO Application.

## CONCLUSION

For the reasons stated, Plaintiff requests leave to exceed the page limits set forth in Local Civil Rule 7 and asks that the Court consider Plaintiff's TRO Application in its entirety.

Dated: December 19, 2024

Respectfully submitted,

/s/ Joshua Carrigan

JOSHUA CARRIGAN (VA Bar No. 96911)
jcarrigan@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: + 202 339 8400
Facsimile: + 202 339 8500

ROBERT L. URIARTE (*Pro Hac Vice* forthcoming)
ruriarte@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave.
Ste. 2700
Los Angeles, CA 90017
Telephone: + 1 213 629 2020
Facsimile: + 1 213 612 2499

JACOB M. HEATH (*Pro Hac Vice* forthcoming)
jheath@orrick.com
ANA M. MENDEZ-VILLAMIL (*Pro Hac Vice* forthcoming)
amendez-villamil@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: + 1 415 773 5700
Facsimile: + 1 415 773 5759

LAUREN BARON (*Pro Hac Vice* forthcoming)
lbaron@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone: + 1 212 506 5000
Facsimile: + 1 212 506 5151

*Of Counsel:*

RICHARD BOSCOVICH
rbosco@microsoft.com
**MICROSOFT CORPORATION**
Microsoft Redwest Building C
5600 148th Ave NE
Redmond, Washington 98052
Telephone: + 425 704 0867
Facsimile: + 425 706 7329

*Attorneys for Plaintiff*
MICROSOFT CORPORATION