UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Microsoft Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>Does 1-10 Operating an Azure Abuse Network,<br><br>      Defendants. | Case No. _____<br><br>FILED UNDER SEAL |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO
<u>EXCEED PAGE LIMITS</u>**

Before the Court is Plaintiff's Motion For Leave to Exceed the 30-page limit on briefs imposed by Local Civil Rule 7. Upon consideration of Plaintiff's Motion and the entire record herein, good cause having been shown, Plaintiff's motion is HEREBY GRANTED.

**IT IS SO ORDERED.**


Alexandria, Virginia

_____, 2024

                                            _____
                                            Judge, United States District Court
                                            Eastern District of Virginia