# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **12/20/2024**  
Time: **12:04 - 12:09**

Judge: **Trenga/(IDD)**  
Reporter: **R. Stonestreet**

Civil Action Number: **1:24-cv-2323**

## MICROSOFT CORPORATION

V.

## DOES 1-10 OPERATING AN AZURE ABUSE NETWORK

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Joshua Carrigan** <br> **Lauren Baron** <br> **Robert Uriarte** | |

Motion to/for:  
[4] Motion for an Emergency Ex Parte Temporary Restraining Order by pltf.

Argued and  
(**X**) Granted                    ( ) Denied            ( ) Granted in part/Denied in part  
(  ) Taken Under Advisement                          (  ) Continued to

(**X**) Order to Follow