UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>

<u>CIVIL HEARING</u>

DATE: __12/20/24_____    COURTROOM#: _____500_____
START: ___12:39 p.m._____
FINISH: __12:46 p.m._____
DEPUTY CLERK: <u>Tina Fitzgerald</u>

**Civil Action Number:** __1:24-cv-2323_____

Microsoft Corporation

vs

Does 1-10 Operating an Azure Abuse Network

Appearance of Counsel for:   ( x ) Plaintiff   ( ) Defendant   (   )  Movant
                             (    ) Respondent    (    ) Pro Se Plaintiff

<u>Motion(s)</u>:
Motion for Expedited Discovery- DE#11; Motion for Alternative Service-DE# 12

<u>Ruling</u>:
( x ) Matter is uncontested-No other parties appeared for this hearing.

Argued and

**(   )** GRANTED
**(   )** DENIED
( x ) GRANTED IN PART


(     ) Report and Recommendation to follow
( x ) Order to follow

<u>NOTES</u>: