UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:24cv2323 (AJT/WEF) |
| DOES 1-10 OPERATING AN AZURE ABUSE NETWORK | ) |
| *Defendants*. | ) |

**ORDER**

This matter is before the Court on Plaintiff Microsoft's Emergency *Ex Parte* Motion for Expedited Discovery (Dkt. 11).

Upon consideration of the Motion and for good cause shown, it is hereby

**ORDERED** that Plaintiff's Motion (Dkt. 11) is **GRANTED**. Plaintiff Microsoft may serve on any provider of internet services to Defendants in relation to misconduct alleged in the Complaint a Rule 45 subpoena seeking discovery narrowly tailored to identifying the persons in control of the computers, websites, and software at issue in this case. Plaintiff Microsoft may only use the information disclosed in response to Rule 45 subpoenas served on such ISPs for the purpose of protecting and enforcing Plaintiff's rights as set forth in its Complaint.

**ENTERED** this 20th day of December, 2024.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia