UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 1:24cv2323 (AJT/WEF) |
| DOES 1-10 OPERATING AN AZURE ABUSE NETWORK | ) |
| *Defendants*. | ) |

**ORDER**

This matter is before the Court on Plaintiff Microsoft's Emergency *Ex Parte* Motion to Permit Alternative Means of Service of Process on Defendants (Dkt. 12).

Upon consideration of the Motion and for good cause shown, it is hereby

**ORDERED** that Plaintiff's Motion (Dkt. 12) is **GRANTED IN PART.** Plaintiff Microsoft is permitted to serve the Complaint and a copy of this Order on defendants Does 1-10 by email to their known email addresses and emails to the "abuse" contacts for the third-party ISPs whose services defendants have allegedly used to conduct the Azure Abuse Enterprise; it is further

**ORDERED** that a status conference in this matter will be held on **January 10, 2025 at 10am** before the undersigned; it is further

**ORDERED** that if Plaintiff Microsoft discovers that any of the defendant Does are domestic persons, it shall so advise the Court at the January 10, 2025 status conference and state why service of process by email on a domestic person is sufficient or the manner it intends to effect service of process on a domestic person in accordance with the Federal Rules of Civil

Procedure.

      **ENTERED** this 20th day of December, 2024.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia