Generated: Dec 27, 2024 2:07PM                                                                                        Page 1/1



# U.S. District Court

## Virginia Eastern - Alexandria

ORRICK, HERRINGTON & SUTCLIFFE LLP                                     Receipt Date: Dec 27, 2024 2:07PM

| Rcpt. No: 100009962 | | Trans. Date: Dec 27, 2024 2:07PM | | | Cashier ID: #DE |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 701 | Treasury Registry | DVAE124CV002323 /001 MICROSOFT CORP | 1 | 25000.00 | 25000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #242194 | 12/27/2024 | | $25,000.00 |
| | | | Total Due Prior to Payment: | | $25,000.00 |
| | | | Total Tendered: | | $25,000.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: Bond payment in case 1:24-cv2323 Microsoft Corporation v. Does 1-10 Operating an Azure Abuse Network

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.