IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION,<br>    Plaintiff,<br><br>  v.<br><br>DOES 1-10 OPERATING AN AZURE<br>ABUSE NETWORK,<br>        Defendants. | No. 1:24-cv-2323-MSN-WEF<br><br>FILED UNDER SEAL |

### ORDER

Plaintiff Microsoft Corporation ("Microsoft" or "Plaintiff") has filed a complaint for injunctive and other relief pursuant to: the Computer Fraud and Abuse Act ("CFAA") (18 U.S.C. § 1030); the Digital Millenium Copyright Act ("DMCA") (17 U.S.C. § 1201), the Lanham Act (15 U.S.C. §§ 1114, 1116, & 1125); the Racketeer Influenced and Corrupt Organizations Act ("RICO") (18 U.S.C. § 1962(c)); the common law, and the All Writs Act (28 U.S.C. § 1651). Plaintiff moved *ex parte* for a fourteen day emergency temporary restraining order ("TRO"), which the Court granted on December 20, 2024. *See* ECF 21; ECF 29.[1] Microsoft has now moved to extend the TRO for an additional seven days. Good cause having been shown, Microsoft's motion is GRANTED based on the following findings:

  1.  There is good cause to believe that the Court's prior findings of fact continue and conclusions of law continue to apply as of the time of this order. The Court hereby incorporates

---

[1] The TRO was granted by The Honorable District Judge Anthony J. Trenga, after which time the case was reassigned to the undersigned. An amended order was entered on December 30, 2024, to clarify the terms of the Court's management of Plaintiff's $25,000 bond.

by reference its findings of fact in granting Plaintiff's initial motion for a TRO. *See* ECF 21; ECF 29.

2.  Defendants will not be prejudiced by the seven-day extension Microsoft seeks. Defendants do not have any legitimate interest that will be impaired by extending the TRO. Moreover, the aitism.com domain has not yet been secured, and the total time between securing of the domain and the Order to Show Cause hearing will be less than 14 days.

3.  For the reasons stated in the TRO, the balance of hardships and public interest weigh in favor of Plaintiff's requested extension.

4.  The interests of justice support extending the TRO until January 10, 2025, at which point the Court will have more information with which to determine whether to convert the TRO into a preliminary injunction for the remainder of this case.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion (ECF 26) is **GRANTED**; and it is further

**ORDERED** that the TRO in this case shall remain in place until January 10, 2025.

**IT IS SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

January 2, 2025
Alexandria, Virginia