**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

Microsoft Corporation,

        Plaintiff,

    v.

Does 1-10 Operating an Azure Abuse Network,

        Defendants.

**Case No. 1:24-cv-2323-MSN-WEF**

**FILED UNDER SEAL**

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR A PROTECTIVE ORDER SEALING DOCUMENTS

This matter came before the Court on the motion of Plaintiff to allow the filing under seal of certain documents and general sealing of this case for a limited time. Upon consideration of the Motion to Seal, the pleadings filed herein, the arguments of counsel, and the Court finding that the arguments of applicable rules and Fourth Circuit precedent are satisfied, that the requested order is the least restrictive means available to protect the interests of Plaintiff and the public, and that there is a compelling need to enter a temporally limited sealing order, THEREFORE it is hereby

ORDERED that the instant case and the following documents be filed and maintained UNDER SEAL in accordance with Fed. R. Civ. P. 26(c)(1) and Local Civil Rule 5, pending execution of the Court's December 20, 2024 Temporary Restraining Order ("TRO"):

1. Microsoft's Motion to Extend the TRO and accompanying Proposed Order

2. The Order

IT IS FURTHER ORDERED that upon execution of the *ex parte* relief sought in the Application for TRO and subsequent unsealing of this case, Plaintiff shall file the materials sealed hereunder publicly.

**IT IS SO ORDERED**

Alexandria, Virginia

Entered this 2nd day of January, 2025

_William C. Fitzpatrick_
Hon. William E. Fitzpatrick
United States Magistrate Judge