# PRELIMINARY INJUNCTION HEARING

Date: 1/10/2025

Start:  9:59 AM
Finish: 10:05 AM

Judge:         Michael S. Nachmanoff
Reporter:      Diane Salters
Deputy Clerk:  Lynnelle Creek

## CIVIL ACTION NUMBER:  1:24-cv-2323

## Microsoft Corporation

## VS.

## Does 1-10 Operating an Azure Abuse Network

_____

## APPEARANCE OF COUNSEL

| PLAINTIFF | DEFENDANT |
|---|---|
| Joshua Carrigan | N/A |
| Robert Uriarte | |
| Richard Bostich | |
| Steven Masada | |

_____

## PROCEEDINGS

- Plaintiff represents status of case.
- Motion to unseal case-GRANTED.
- Plaintiff to submit proposed order with regard to preliminary injunction as noted in open court.
- Order to follow.