UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Microsoft Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Does 1-10 Operating an Azure Abuse Network,<br><br>Defendants. | Case No. 1:24-cv-2323-AJT<br><br>**FILED UNDER SEAL** |

### [PROPOSED] ORDER UNSEALING CASE

Before the Court is Plaintiff's motion to unseal this case. Having reviewed Plaintiff's motion and all relevant papers in this action, and good cause having been shown, Plaintiff's motion to unseal is **HEREBY GRANTED**. All papers on file in this action shall be placed on the Court's public docket and made accessible via the CM/ECF system.

**IT IS SO ORDERED.**

Entered this ____ day of January, 2025.

_____
Hon. Anthony J. Trenga
United States District Judge