IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Microsoft Corporation,

        Plaintiff,

v.

Does 1-10 Operating an Azure Abuse Network,

        Defendants.

Case No. 1-24-cv-2323-AJT

## DECLARATION OF JASON LYONS IN SUPPORT OF MICROSOFT'S REQUEST FOR PRELIMINARY INJUNCTION

I, Jason Lyons, declare as follows:

1. I am a Principal Manager of Investigations in the Digital Crimes Unit ("DCU") Cybercrime Enforcement Team at Microsoft Corporation. I make this declaration based upon my personal knowledge, and upon information and belief from my review of documents and evidence collected during Microsoft's investigation, including the information referenced in the prior declaration I submitted in this case.

2. I understand that Microsoft provided notice to Defendants of this action and the Court's TRO on January 3, 2025, after confirming that the "aitism.net" domain had been redirected as required by the Court's temporary restraining order and serving third-party subpoenas.

3. I am informed and believe that after receiving notice of this action and the Court's TRO, Defendants began taking steps to cover their tracks, including by attempting to delete certain Rentry.org pages, the GitHub repository for the de3u tool, and portions of the reverse proxy infrastructure.

4.  I am informed and believe that users of Defendants' service became aware of this action after Microsoft served email notice on Defendants. Among other things, users posted messages such as the following on a website used to communicate about Defendants malicious' service:

- "Fizz took a break because someone sent a lawsuit in real life"
- "i donated AWS keys to fiz…am I [explative]?"
- "Fizz isn't hosting anymore, I'm sorry proxylings, we have three Claude sources, we'll be fine"
- "I now have to turk this thread carefully again in case fiz comes back"
- "If I send fizz an email now, will she answer?"

True and correct copies of a sample of users' messages are attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 9th day of January 2025 at Boerne, Texas.

*/s/ Jason Lyons*

Jason Lyons