# Exhibit A

4chan Fiz Chatter – January 7, 2025

☐ Anonymous 01/07/25(Tue)11:03:44 No.103795645 ▶

>>103795636
miniproxy is taking a minibreak <3
forever

☐ Anonymous 01/07/25(Tue)11:04:15 No.103795649 ▶ >>103795719

>>103795637
so there is a findom tag?? it didn't show any results when I tried it from search. Chub fucking sucks

☐ Anonymous 01/07/25(Tue)11:04:30 No.103795651 ▶ >>103795684

>>103795636
It's 404, but you can't create it (shows yellow status) which means that it was deleted by rentry admins due to reports, not by fiz.

https://rentry.org/miniproxy

☐ Anonymous 01/07/25(Tue)11:04:31 No.103795652 ▶
File: REAL WTF.png (43 KB, 1440x944)

>>103795636
surely youre baiting-
AAAAAAIIIIIEEEEEE

☐ Anonymous 01/07/25(Tue)11:06:09 No.103795668 ▶ >>103795685 >>103795695

>>103795626
That's the idea, yeah.

>>103795627
Following Librarian on Twitter has led to a lot of Balatro fanart showing up in my feed, so look forward to that I guess.

☐ Anonymous 01/07/25(Tue)11:06:33 No.103795670 ▶

>>103795636
/fiz too, huh

☐ Anonymous 01/07/25(Tue)11:06:41 No.103795672 ▶ >>103795919 >>103795949

https://rentry.org/fiz
Fiz isn't hosting anymore, I'm sorry proxynigs. We have 3 claude sources, we'll be fine.

☐ Anonymous 01/07/25(Tue)11:07:22 No.103795681 ▶

Yeah it's over. They got him.

☐ Anonymous 01/07/25(Tue)11:07:38 No.103795684 ▶

>>103795651
maybe OpenAI and co.? Would also explain her sudden departure.

☐ Anonymous 01/07/25(Tue)11:16:53 No.103795757 ▶ >>103795767
>>103795636
foreverally tied up fiz in a FBI detention cell

☐ Anonymous 01/07/25(Tue)11:17:53 No.103795764 ▶ >>103795844
File: 56884a3774ada8b287b88992e(...).jpg (582 KB, 2283x2955)



>>103795685
Yeah, I've already added some extra paragraphs and whatnot for various anons. Everyone's gonna get their requests on the 2nd, barring Proton limits, and then you've got two weeks to cook.

>>103795695
To quote a semi-viral post that Librarian forced onto my feed by replying to it,
>Yall lowkey sleeping on balatro porn

On a related topic, I finally found a /y/ poker-related fanart to match my /u/ ones. This is a threat.

☐ Anonymous 01/07/25(Tue)11:18:11 No.103795767 ▶ >>103800377
>>103795757
im here!!

☐ Anonymous 01/07/25(Tue)11:18:53 No.103795774 ▶ >>103795790
so what happened to fiz?

☐ Anonymous 01/07/25(Tue)11:20:10 No.103795784 ▶ >>103798451
nonnet is alright but just doesn't quite hit the same as opus, I wish I didn't have to pay out the ass for it

☐ Anonymous 01/07/25(Tue)11:20:52 No.103795790 ▶ >>103795829
>>103795774
>got tired of hosting
>someone reported both rentries
>both got nuked

☐ Anonymous 01/07/25(Tue)11:26:06 No.103795829 ▶ >>103795871
>>103795790
coincidence?

☐ Anonymous 01/07/25(Tue)11:39:04 No.103795921 ▶
Fiz's locusts are dying~

☐ Anonymous 01/07/25(Tue)11:39:10 No.103795922 ▶ >>103795928 >>103795929 >>103795934 >>103795950
File: 1717546610482080.png (6 KB, 595x89)
>https://rentry.org/request-url
>This URL was deleted by an admin due to a legal request and is not available.
>same for /fiz
The end is nigh.

☐ Anonymous 01/07/25(Tue)11:39:33 No.103795925 ▶
>>103795908
gemini has some logical hitches but it's really good. Especially at creative writing.

☐ Anonymous 01/07/25(Tue)11:39:38 No.103795927 ▶
>>103795915
Yes please

☐ Anonymous 01/07/25(Tue)11:39:46 No.103795928 ▶
>>103795922
How could Ian do this...

☐ Anonymous 01/07/25(Tue)11:39:53 No.103795929 ▶ >>103795942
>>103795922
smol had his rentry nuked so he just hosted it himself why can't fiz do the same

☐ Anonymous 01/07/25(Tue)11:39:10 No.103795922 ▶ >>103795928 >>103795929 >>103795934 >>103795950
File: 1717546610482080.png (6 KB, 595x89)

• This URL was deleted by an admin due to a legal request and is not available.
URL
rentry.co/ miniproxy

>https://rentry.org/request-url
>This URL was deleted by an admin due to a legal request and is not available.
>same for /fiz
The end is nigh.

☐ Anonymous 01/07/25(Tue)11:41:16 No.103795943 ▶

fiz? More like jizz!

☐ Anonymous 01/07/25(Tue)11:41:22 No.103795944 ▶
File: 1723985619085452.png (4 KB, 665x37)

>>103795934
No, normally it shows this. It's unlikely that this is just some guy nuking the rentry.

☐ Anonymous 01/07/25(Tue)11:42:08 No.103795947 ▶

fiz is opening a TRUE mini proxy with opus and far less users

☐ Anonymous 01/07/25(Tue)11:42:20 No.103795949 ▶

>>103795672
how do you use blackbox desuarchive is down so no search

☐ Anonymous 01/07/25(Tue)11:42:28 No.103795950 ▶

>>103795922
Man, if pepsi was still here she would have rugpulled by now

☐ Anonymous 01/07/25(Tue)11:42:37 No.103795952 ▶ >>103795981

Fiz took a break because someone sent a lawsuit in real life

☐ Anonymous 01/07/25(Tue)11:42:40 No.103795953 ▶ >>103795983 >>103796026

findom but {{char}} forces me to pay off my gambling debts by putting me in a mech

☐ Anonymous 01/07/25(Tue)11:43:00 No.103795955 ▶ >>103795959 >>103795960 >>103795963

IM FINE NOBODY HAS ARRESTED ME

☐ Anonymous 01/07/25(Tue)11:43:40 No.103795959 ▶ >>103799585
File: 1723585035272329.png (1.45 MB, 3035x2231)

>>103795955
silence!

☐ Anonymous 01/07/25(Tue)11:43:42 No.103795960 ▶

>>103795955
damn the jail has internet now?

☐ Anonymous 01/07/25(Tue)11:55:42 No.103796060 ▶ >>103796080 >>103796570
>I now have to lurk this thread carefully again in case fiz comes back

☐ Anonymous 01/07/25(Tue)11:56:54 No.103796079 ▶
So who's left? Just MM?

☐ Anonymous 01/07/25(Tue)11:56:55 No.103796080 ▶ >>103796085
>>103796060
Anon... She won't

☐ Anonymous 01/07/25(Tue)11:57:27 No.103796085 ▶
>>103796080
why not

☐ Anonymous 01/07/25(Tue)12:00:54 No.103796120 ▶
I ated fiz :)

☐ Anonymous 01/07/25(Tue)12:01:12 No.103796124 ▶
*burp*

☐ Anonymous 01/07/25(Tue)12:02:18 No.103796134 ▶
fiz is under arrest

☐ Anonymous 01/07/25(Tue)12:02:43 No.103796136 ▶ >>103796149
File: 1730041349149230.png (9 KB, 297x239)

You're welcome!

☐ Anonymous 01/07/25(Tue)12:31:49 No.103796370 ▶

>>103796322
she will return, i'm sure of it
in fiz i trust

☐ Anonymous 01/07/25(Tue)12:32:24 No.103796377 ▶ >>103796395 >>103796453

mm bros...

☐ Anonymous 01/07/25(Tue)12:35:10 No.103796395 ▶ >>103796433

>>103796377
what

☐ Anonymous 01/07/25(Tue)12:38:03 No.103796418 ▶ >>103796424 >>103796436

if i send fiz an email now, will she answer?

☐ Anonymous 01/07/25(Tue)12:38:34 No.103796424 ▶

>>103796418
no, she's in jail

☐ Anonymous 01/07/25(Tue)12:38:52 No.103796427 ▶

>>103796019
idk, I just run rocinate but that's a 12b, you could probably run bigger stuff desu

☐ Anonymous 01/07/25(Tue)12:39:44 No.103796433 ▶

>>103796395
hi :3

☐ Anonymous 01/07/25(Tue)12:40:03 No.103796436 ▶ >>103796449

>>103796418
no im in jail

☐ Anonymous 01/07/25(Tue)14:11:19 No.103797220 ▶

Do we know which prison they're keeping Fiz in?

☐ Anonymous 01/07/25(Tue)14:12:45 No.103797234 ▶ >>103797245 >>103798079 >>103798097 >>103798174
File: 00050-3853357402.png (1.29 MB, 1216x832)

Writing hate making greetings and it doesn't help that I suck at it.

☐ Anonymous 01/07/25(Tue)14:13:05 No.103797237 ▶

The Fiz?

☐ Anonymous 01/07/25(Tue)16:43:11 No.103798854 ▷ >>103798894 >>103798937 >>103798944 >>103798967 >>103799241
File: 172411141079510<u>2</u>.png (6 KB, 595x80)

- This URL was deleted by an admin due to a legal request and is not available.

rentry.co/miniproxy

>>103798797
She's getting sued by OpenAI.

☐ Anonymous 01/07/25(Tue)16:45:34 No.103798894 ▷ >>103798911 >>103798917 >>103798928 >>103798937
File: d1d6c0fe9c91839b97e361387(...).gif (1.78 MB, 500x261)

>>103798854
>even the rentry got deleted
IT'S OVEEEEEEEEER
MINIBROOOOOSSSSSSSS
BWEEEEEEEEEEEEEHHHH

☐ Anonymous 01/07/25(Tue)16:47:42 No.103798937 ▷

>>103798894
>>103798854
Rip Fiz

☐ Anonymous 01/07/25(Tue)16:47:53 No.103798938 ▷ >>103798948 >>103798962

>>103798898
openrouter.ai

☐ Anonymous 01/07/25(Tue)16:48:05 No.103798944 ▷ >>103798948

>>103798854
She's the one who used the glowkey btw

☐ Anonymous 01/07/25(Tue)16:48:33 No.103798948 ▷ >>103798974 >>103799005

>>103798938
I'm not paying for shit

>>103798944
And Unreliable

☐ Anonymous 01/07/25(Tue)16:48:42 No.103798952 ▷

>>103798917
fiz here
i'm coming back *slurp* anonie, i just need aaahn~ to *slurp* finish some oooh~ stuff...

☐ Anonymous 01/07/25(Tue)17:03:36 No.103799173 ▷

>i donated AWS keys to fiz
am i fucked?