IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICROSOFT CORPORATION,
        Plaintiff,

v.

DOES 1-10 OPERATING AN AZURE
ABUSE NETWORK,
        Defendants.

No. 1:24-cv-02323-MSN-WEF

## ORDER

Before the Court is Plaintiff's Motion to Unseal this case (ECF 33). Having heard the Plaintiff this morning and reviewed all the relevant papers, it is hereby

**ORDERED** that Plaintiff's Motion (ECF 33) is **GRANTED**.

This case and all papers on file may be placed by the Clerk on the Court's public docket and made accessible via the CM/ECF system.

It is **SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

January 10, 2025
Alexandria, Virginia