UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: WILLIAM E. FITZPATRICK**

**CIVIL HEARING**

**DATE:** __1/10/25__   **COURTROOM#:** ___500___
**START:** ___10:20 a.m.___
**FINISH:** ___10:24 a.m.___
**DEPUTY CLERK: Tina Fitzgerald**

**Civil Action Number:** __1:24-cv-2323__

    Microsoft Corporation

        vs

  Does 1-10 Operating an Azure Abuse Network

Appearance of Counsel for:   ( x ) Plaintiff   ( ) Defendant   ( ) Movant
                                ( ) Respondent   ( ) Pro Se Plaintiff

Motion(s):
Status Conference

Ruling:
( x ) Matter is uncontested-No other parties appeared for this hearing.

Argued and

**(** ) GRANTED
**(** ) DENIED
( ) GRANTED IN PART


( ) Report and Recommendation to follow
( ) Order to follow

NOTES:  Plaintiff provided update on matters before the District Judge.