# EXHIBIT 2

> Anonymous 01/07/25(Tue)11:03:44 No.103795645
>>103795636
miniproxy is taking a minibreak <3
forever

> Anonymous 01/07/25(Tue)11:04:15 No.103795649 >>103795719
>>103795637
so there is a findom tag?? it didn't show any results when I tried it from search. Chub fucking sucks

> Anonymous 01/07/25(Tue)11:04:30 No.103795651 >>103795684
>>103795636
It's 404, but you can't create it (shows yellow status) which means that it was deleted by rentry admins due to reports, not by fiz.

https://rentry.org/miniproxy

> Anonymous 01/07/25(Tue)11:04:31 No.103795652
File: REAL WTF.png (43 KB, 1440x944)
>>103795636
surely youre baiting-
AAAAAAIIIIIEEEEEE

> Anonymous 01/07/25(Tue)11:06:09 No.103795668 >>103795685 >>103795695
>>103795626
That's the idea, yeah.

>>103795627
Following Librarian on Twitter has led to a lot of Balatro fanart showing up in my feed, so look forward to that I guess.

> Anonymous 01/07/25(Tue)11:06:33 No.103795670
>>103795636
/fiz too, huh

> Anonymous 01/07/25(Tue)11:06:41 No.103795672 >>103795919 >>103795949
https://rentry.org/fiz
Fiz isn't hosting anymore, I'm sorry proxynigs. We have 3 claude sources, we'll be fine.

> Anonymous 01/07/25(Tue)11:07:22 No.103795681
Yeah it's over. They got him.

> Anonymous 01/07/25(Tue)11:07:38 No.103795684
>>103795651
maybe OpenAI and co.? Would also explain her sudden departure.