# EXHIBIT 3

```
$ whois aitism.net
    Domain Name: AITISM.NET
    Registry Domain ID: 2845476093_DOMAIN_NET-VRSN
    Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://www.tucows.com
Updated Date: 2024-12-30T20:33:04Z
Creation Date: 2024-01-12T07:18:31Z
Registry Expiry Date: 2025-01-12T07:18:31Z
Registrar: Tucows Domains Inc.
Registrar IANA ID: 69
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: serverDeleteProhibited https://icann.org/epp#serverDeleteProhibited
Domain Status: serverTransferProhibited https://icann.org/epp#serverTransferProhibited
Domain Status: serverUpdateProhibited https://icann.org/epp#serverUpdateProhibited
Name Server: NS10.MICROSOFTINTERNETSAFETY.NET
Name Server: NS9.MICROSOFTINTERNETSAFETY.NET
```

>MICROSOFTINTERNETSAFETY.NET

>https://thehackernews.com/2014/06/microsoft-seized-no-ip-domains-millions.html
The court in Nevada has granted a temporary controlling order against No-IP and now the DNS traffic for the hostnames associated with malicious activity being funneled through Microsoft's servers:
ns7.microsoftinternetsafety.net
ns8.microsoftinternetsafety.net

https://files.kyun.host/canary.txt

https://web.archive.org/web/20240803230715/https://files.kyun.host/canary.txt

then they got a law enforcement request in september:
https://web.archive.org/web/20240904234113/https://files.kyun.host/canary.txt