# EXHIBIT 4

/g/ Anonymous Fri 10 Jan 2025 22:25:33 No.103846051

>>103846022
https://rentry.org/offendants/

>work profile images of the attorneys
>archived links to their work profiles with a lot of backstory
>the contact info from the PDF docs

enough info to make some great cards
they're watching this thread after all