# EXHIBIT 5

# Microsoft vs Azure Abuse Network

## initial sources

Microsoft Complaint Against Does 1-10 re. Azure Abuse Network ; PDF

Supplemental Brief re. Request for preliminary injunction ; Scribd

*all 83 (!) publicly available files related to the case (credit: Anonymous):*

https://files.catbox.moe/73dskh.zip

https://gofile.io/d/OpUf8q

## in the news

TechCrunch: Microsoft accuses group of developing tool to abuse its AI service in new lawsuit

ArsTechnica: Microsoft sues service for creating illicit content with its AI platform

The Hacker News: Microsoft Sues Hacking Group Exploiting Azure AI for Harmful Content Creation



