# EXHIBIT 6

/g/ **Anonymous** Sat 11 Jan 2025 07:41:05 No.103852389　View　Report
Quoted By: >>103852411

>fiz leaks name on git and replit awhile back
>it wasn't Arianna or Ariel
>its fucking Arian
hahaha

/g/ **Anonymous** Sat 11 Jan 2025 07:35:25 No.103852297　View　Report
https://www.linkedin.com/in/arian-yadegarnia-353923187/