# EXHIBIT 9



# de3u

## Prompt Logging Enabled

This proxy keeps full logs of all prompts and AI responses. Prompt logs are anonymous and do not contain IP addresses or timestamps.

You can see the type of data logged here, along with the rest of the code..

**If you are uncomfortable with this, don't send prompts to this proxy!**

**Azure DALL-E**: no wait / **DALL-E**: no wait

## Server Greeting

## Recent DALL-E Generations



