# EXHIBIT 12

```json
      "gemini-ultra": "0",
      "mistral-tiny": "0",
      "mistral-small": "0",
      "mistral-medium": "0",
      "mistral-large": "0",
      "aws-claude": "0",
      "aws-claude-opus": "0",
      "aws-mistral-tiny": "0",
      "aws-mistral-small": "0",
      "aws-mistral-medium": "0",
      "aws-mistral-large": "0",
      "gcp-claude": "0",
      "gcp-claude-opus": "0",
      "azure-turbo": "0",
      "azure-gpt4": "0",
      "azure-gpt4-32k": "0",
      "azure-gpt4-turbo": "0",
      "azure-gpt4o": "0",
      "azure-dall-e": "0",
      "azure-o1": "0",
      "azure-o1-mini": "0"
    },
    "quotaRefreshPeriod": "daily",
    "allowOpenAIToolUsage": "false",
    "tokensPunishmentFactor": "0"
  },
  "build": "[ci] 0c6ec32 (main@khanon/oai-reverse-proxy)"
}
```