# EXHIBIT 13

Case 1:24-cv-02323-MSN-WEF   Document 39-15   Filed 02/27/25   Page 1 of 2 PageID# 678

