# EXHIBIT 14

# LIVE

**XMR: 45ZzguaDL6x6QfENCgi2TJ1f7Xsa9qR1T4pTpTZUV1dUVsepgF9KksTeaxfJJ46cEb8RzG9mSYD7SN7nGdwten2PACFeFZE**

**Email:** aitism@memeware.net
No matter if you are a user or have a service, the email is always open for support.
If you have/had a proxy or want to start one, message us too! We can help you have one safe and securely.

The age of the spitefag WILL be over! Maybe not today, maybe not tomorrow, but we are one more step in the right direction.

Update: Working well! Now doing some small changes, expect a few interruptions in the next hour or so, should not take longer than 5 minutes

Archive:

01.08.24 Making good progress.
01.09.24 Small roadblock, new angle needed. A lot more effort but should not be an issue.
01.10.24 Roadblock bypassed most likely, actually almost done now!
01.11.24 Finished, first startup tomorrow! Going to reach out to all the proxies that sent a mail now (mailbox will remain open indefinitely, if you have a proxy and did not yet, just send)
01.12.24 It's not gonna work today... We are tired, we are broken. I got like 10 hours of sleep total since monday. And, being barely functional, it is just not a good idea to try to continue to rush it this much and force it out today. We will take a short break (I will take a 48 hour nap now) and then go back to it. We can then take a step back and take it a bit slower, reevaluate everything, and make sure everything is sound from all angles and everything actually works instead of trying to force it out fast and make constant concessions and the stupidest mistakes on every front. I am sorry. I should not have pushed the deadline forward from 15. to today. We will hopefully still have it out by then. Good night.
01.14.24 Back to work now! Hopefully we will get it out with the old 01.15. deadline. But now we want to make sure everything is bulletproof. Thank sturdy for the delay, but to be honest, making shortcuts here is stupid no matter if you expect an attack or not, so actually not, that's our fault. Anyway, we will do our best to make it reliable and get it out as soon as we can. Thank you for the wait guys.
01.14.24 UTC 19:31 Server is running, now we will do some private tests before going public.
01.14.24 UTC 22:40 Testing done, not everything is working. Down again, trying to fix it tomorrow.
01.15.24 UTC 3:13 Could not sleep because the bug that caused the issues during testing was bothering me too much. Decided to get up again and managed to fix it. We are so back. With that solved, second round of testing today after I sleep. Not sure how many testing cycles it will be, hopefully not too many. I am cautiously optimistic about holding the 15., but we will see.
01.15.24 UTC 12:48 Got a decent rest. Now starting second round of testing.
01.15.24 UTC 14:40 Everything looking good this time! Doing some final hardening, then a final very short third testing round just to be absolutely sure things still fully work.
01.15.24 UTC 19:17 Done! Doing the first real-world load test now. So, expect down-time as we may have to make some setup changes and are going to try out settings. For example, right now, we only allow streaming on in requests. Doing some performance benchmarks. Also, midnight UTC server will be shut off at the latest again, we want to be awake while it runs for now.)
01.15.24 UTC 21:35 Testing done! Everything was stable. User-feedback could be improved so people are actually notified when they fucked up so going to do that next. Anyway, if you had any issue that is not just an empty response (in this case you used a wrong token, wrong link or disabled streaming) feel free to write an email. IP-blocks should not be a thing, but if you suspect you suffer from that, try the website frontend aitism.net first and if that gets blocked too also write a mail please so I can look into it. aitism@memeware.net is going to be the exclusive line for tech support, don't bother mailing anything else for that.
01.17.24 Was very happy about everything being so stable and holding the deadline so took a really long sleep. Now back at it.
01.17.24 UTC 13:35 New round of public testing. Made some more helpful error messages so users can see where they fucked up. Also, this time both streaming on and off are enabled. Nobody bothered to mail me about IP-blocks so I will just assume those were not true until I actually receive some. If you receive empty responses or any weird errors just send a mail to tech support so we know if there is anything not working.
01.17.24 UTC 16:15 Alright, second and with 95% certainty final public testing round completed! Thank you for participating and see you when it gets released!
01.18.24 UTC 16:00 Released. Thank you for waiting.
01.22.24 UTC 10:00 DDoS mitigation.