# EXHIBIT 16

## 🔗 Usage Instructions

If you'd like to run your own instance of this server, you'll need to deploy it somewhere and configure it with your API keys. A few easy options are provided below, though you can also deploy it to any other service you'd like if you know what you're doing and the service supports Node.js.

### 🔗 Self-hosting

See here for instructions on how to self-host the application on your own VPS or local machine.

Ensure you set the `TRUSTED_PROXIES` environment variable according to your deployment. Refer to .env.example and config.ts for more information.

### 🔗 Alternatives

Fiz and Sekrit are working on some alternative ways to deploy this conveniently. While I'm not involved in this effort beyond providing technical advice regarding my code, I'll link to their work here for convenience: Sekrit's rentry

### 🔗 Huggingface (outdated, not advised)

See here for instructions on how to deploy to a Huggingface Space.

### 🔗 Render (outdated, not advised)

See here for instructions on how to deploy to Render.com.

Commits on Jul 22, 2024

- **Show more detailed error in GCP checker**
  cg-dot committed
  824adfb  `<>`

Commits on Jul 19, 2024

- **Add AWS/GCP Sonnet 3.5 keys to info page**
  cg-dot committed
  86d54fe  `<>`

Commits on Jul 17, 2024

- **Minor changes**
  cg-dot committed
  b21219f  `<>`

Commits on Jul 16, 2024

- **Update GCP configuration docs**
  cg-dot committed
  011ee94  `<>`

- **fixes token index used as msg idx in anthropic chat-to-openai SSE transformer**
  khanonnie authored and cg-dot committed
  2096be4  `<>`

Commits on Jul 5, 2024

- **Fix GCP checker**
  cg-dot committed
  2b4c2d1  `<>`

---

```
146      + # For GCP credentials, separate the project ID, client email, region, and private key with a colon.
145  147   OPENAI_KEY=sk-xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
146  148   ANTHROPIC_KEY=sk-ant-xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
147  149   # See `docs/aws-configuration.md` for more information, there may be additional steps required to set up AWS.
148  150   AWS_CREDENTIALS=myaccesskeyid:mysecretkey:us-east-1,anotheraccesskeyid:anothersecretkey:us-west-2
149  151   # See `docs/azure-configuration.md` for more information, there may be additional steps required to set up Azure.
150  152   AZURE_CREDENTIALS=azure-resource-name:deployment-id:api-key,another-azure-resource-name:another-deployment-id:another-api-key
     153 + GCP_CREDENTIALS=project-id:client-email:region:private-key
```