# EXHIBIT 17



Subject: the guy you are looking for - azure

https://discord.gg/scylla-charybdis This is the discord. They are selling access to azure for over 100 dollars. The old guys you are trying to sue don't even sell anything. These guys do.
This is the site: https://scylla.wtf

This is the main guy(drago) discord id: 325722644060176385 Attached proof of them talking about how they steal keys.
Their illegal proxy has over 3500 users.
NOTE: they know that you guys are looking and they started hiding their proxy's main page. Consider a sinkhole.

Main proxy with 3500 users(main page hidden): https://charybdis.scylla.wtf

Stat page unhidden: https://charybdis.scylla.wtf/status (they forgot to hide this)

Other proxy(main page not hidden): https://unicorn.scylla.wtf

The more advanced proxy software these people use: https://gitgud.io/Drago/oai-reverse-proxy (also written by drago the main ring leader)
Other fork: https://gitgud.io/yae-miko/oai-reverse-proxy/ (written by another person known as asakuri the assistant leader)

Related proxy by another person known as asakuri in the same discord available in the scylla.wtf domain:
https://rentry.org/GuujiYaeProxy
https:// guujiyae.me/

Note: they are lying about the keys being donated. These people are stealing the keys. This is just a straight up lie.

This is a real enterprise unlike the other group you are looking for. Sekrit, khanon, fiz are NOT the enterprise. These guys have potentially stolen millions of dollars from stolen azure and aws keys. Including dall-e stolen from upper tier customers with specific dall-e instances without any safety filters!
Link to the illegal azure proxy ran by drago and asakuri: https://shark-lost-brilliant-harbor.trycloudflare.com/

Attached screenshots in case they take it down.

You can find a lot of proof and info in the provided Discord server.

notable people:

dragOn3xt
Mr. Yae (asakuri)
rarestmeow

NOTE: these people are professionals. Consider restraining orders. I can provide you with more info if necessary.







