# EXHIBIT 18

Case 1:24-cv-02323-MSN-WEF   Document 39-20   Filed 02/27/25   Page 1 of 4 PageID# 693





