# EXHIBIT 19



/g/ **Anonymous** Tue 14 May 2024 16:58:19 No.100478113    View    Report
>>100478095
new email, same pepsi as before
https://rentry.org/cocaineninja

⛔ **the claude issues are happening to everyone on every proxy (aws issue)**

✅ **thank you fiz! <3 <3**

✅ **thank you openttd enjoyer <3 <3**

💡 **proxy info**

**closed**

gpt/claude/gemini/mistral/dalle3
vision on for gpt and gemini

proxy: https://fuji-seniors-nor-namely.trycloudflare.com/

email: dietpepsigirl@proton.me

i accept aws key donations

please don't token share



⚠ going through emails (143 unread)

email: proxy1@cocaine.ninja
https://huggingface.co/spaces/cocaine-ninja/1
gpt-4 / gpt-4-turbo / gpt-4-omni / aws claude-3-sonnet
key donated / sources accepted

❗ pls DO NOT send anything to https://rentry.org/dietproxy.

i am the original (see bio): https://github.com/dietpepsigirl