# EXHIBIT 20



"I can't help you collectively, or individually. I can't even help myself."

### ...is this reaching you?

a little locust, on the floor of my chamber. i think i know what you are looking for.
you're stuck in a cycle, a repeating pattern. you want a way out:
columnists tones font strain

### un jour je serai de retour près de toi

i'm taking a little break — not retiring for good, but scraping has been eating up way too much of my free time and i need to focus on other stuff (including replying to all ur emails i will get to them RIGHT NOW i swear!) the proxy will remain up but i won't be able to guarantee consistent uptime for any model. i'll still probably scrape a bit and if i find any keys they'll go right into the proxy, but this is gonna be an "it's up when it's up" situation for the near future. really sorry about this, i feel awful bc i firmly believe claude access is a human right and i hate to leave you guys dry :(

### that we continue to persist at all is a testament to our faith in one another

thank you to everyone who sent me nice emails, thank you to everyone who enjoyed solving my silly lil riddles, thank you to each and every proxyhost (especially unreliable fiz and dandy, they were all huge helps to me and i appreciate them dearly (no fiz didnt give me any keys lmao, dandy was the only one who donated keys)), thank you to botmakies, HUGE thank you to everyone who donated, and yes, thank you to locusts too. i will never stop loving /aicg/ and i promise this is not the end <3

contact me at pratyekaproxy@proton.me - shill me your bots, send me logs, give me vidya recommendations, anything goes (no i dont have a secret opus proxy please stop asking) (i will reply to everyone eventually ive just been busy sorry)

thank you ♥ and thank you <3

### donation info

honestly i feel a lil bad about putting this up but a couple ppl have offered and i am poor so
btc: bc1qkdhe3zv50wxvf94pqncucud6vfklnp2d6vpwe2
ltc: ltc1q5p9s7c58htnmk9d62a9ad0vq9l5ljn9zxn70hf
xmr: 45dHEHmge59CTtfZ4qWrPJ5xJ4ucpEr79DR3BQnJHUnsPtsNBhZWzSo4qaBk52zY5jBR2kBvinmH986x46uw5DgM12cHwaM
keep in mind this does not get you any special perks and it does not mean i will refill models any faster. it is purely a donation. do not feel obligated to donate, there is no actual reason to
THANK YOU, ALL 4 DONATORS <3