IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Microsoft Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>Does 1-10 Operating an Azure Abuse Network,<br><br>        Defendants. | Civil Action No. 1-24-cv-2323 |

## [PROPOSED] ORDER GRANTING MICROSOFT'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Before the Court is Microsoft's motion for leave to file an amended complaint pursuant

to Fed. R. Civ. P. 15.  Good cause having been shown, Microsoft's motion is HEREBY

GRANTED. Microsoft is granted leave to file an amended complaint.

**IT IS SO ORDERED.**

Date: _____                    _____
                                          Hon. Michael S. Nachmanoff