IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Microsoft Corporation,

    Plaintiff,

v.

Does 1-10 Operating an Azure Abuse Network,

    Defendants.

Civil Action No. 1-24-cv-2323

## ORDER GRANTING MICROSOFT'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Before the Court is Microsoft's motion for leave to file an amended complaint pursuant to Fed. R. Civ. P. 15 (ECF 39). Good cause having been shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and that Microsoft may file an amended Complaint.

**IT IS SO ORDERED.**

Date: 2/27/25

/s/
Michael S. Nachmanoff
United States District Judge
Hon. Michael S. Nachmanoff