# EXHIBIT 7



**[EXTERNAL] Regarding the Azure Abuse Network case**

No One <ampedorm@gmail.com>
To: Richard Boscovich (CELA)

This sender ampedorm@gmail.com is from outside your organization.

You don't often get email from ampedorm@gmail.com. Learn why this is important

Sorry if I'm being sudden, it's just that we at 4chan /aicg/ are very interested in this court case and are following it closely. Some people dug deep and found some info regarding one of the emails:

https://desuarchive.org/g/thread/103874530/#103875034
https://desuarchive.org/g/thread/103874530/#103875066
https://desuarchive.org/g/thread/103874530/#103875214

I think it seems like one of those emails might belong to a person not involved in the case. Of course, they could also be lying. What do you think?