# EXHIBIT 9





