# EXHIBIT 11

Case 1:24-cv-02323-MSN-WEF   Document 41-11   Filed 02/28/25   Page 1 of 2 PageID# 820

