# EXHIBIT 18





