UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION,<br>    *Plaintiff*,<br><br>    v.<br><br>ARIAN YADEGARNIA, RICKY YUEN,<br>ALAN KRYSIAK, PHAT PHUNG TAN,<br>AND DOES 4-10 OPERATING AN AZURE<br>ABUSE NETWORK,<br>    *Defendants.* | No. 1:24-cv-2323-MSN-WEF |

### ORDER

This matter is before the Court on Plaintiff's Motion to Permit Service of First Amended Complaint by Alternative Means (Dkt. 44)

Upon consideration of the Motion and accompanying memorandum, it is hereby

**ORDERED** that the Motion (Dkt. 44) is **GRANTED**. Plaintiff is authorized to serve the summons and amended complaint in this action by email to defendants Arian Yadegarnia and Doe 9's known email addresses, and emails to the "abuse" contacts for the third-party ISPs whose services Defendants have used to conduct the Azure Abuse Enterprise.

The Clerk of Court is directed to issue all of the proposed summonses for the Amended Complaint (Dkt. 42).

**ENTERED** this 25th day of March, 2025.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia