AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| Microsoft Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-2323-MSN-WEF |
| Arian Yadegarnia, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Microsoft Corporation                                                                          .

Date:    04/04/2024

/s/ Joshua Pond

*Attorney's signature*

Joshua Pond VA Bar No. 68545

*Printed name and bar number*

ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037

*Address*

jpond@orrick.com

*E-mail address*

(202) 339-8400

*Telephone number*

(202) 339-8500

*FAX number*