AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Microsoft Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-2323-MSN-WEF |
| Arian Yadegarnia, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Microsoft Corporation.

Date: 04/04/2024

/s/ Sten Jensen
*Attorney's signature*

Sten Jensen VA Bar No. 38197
*Printed name and bar number*

ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
*Address*

sjensen@orrick.com
*E-mail address*

(202) 339-8400
*Telephone number*

(202) 339-8500
*FAX number*