**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARIAN YADEGARNIA, RICKY YUEN, ALAN KRYSIAK, PHAT PHUNG TAN, AND DOES 4-10 OPERATING AN AZURE ABUSE NETWORK,<br><br>　　　　　Defendants. | Case No. 1:24-cv-2323-MSN-WEF |

**MOTION FOR LEAVE TO WITHDRAW COUNSEL**

Pursuant to Local Rule 83.1(H), Plaintiff Microsoft Corporation ("Microsoft") respectfully requests that the Court grant leave for Plaintiff to withdraw Joshua Carrigan as counsel in the above-captioned case. In support of this Motion, Plaintiff state as follows:

　　1.　　Attorneys from Orrick, Herrington & Sutcliffe LLP ("Orrick") have filed appearances on behalf of Plaintiff in this case.

　　2.　　Mr. Carrigan will be leaving Orrick in the coming days and is no longer participating in this case. He does not need notice of filings in this matter and should be removed from all service lists including the CM/ECF system.

　　3.　　Robert Uriarte (*pro hac vice*) will continue to represent Plaintiff.

WHEREFORE, for the foregoing reasons, Plaintiff asks that this Court grant leave for Mr. Carrigan to withdraw and remove him from all service lists and as counsel for Plaintiff.

Dated: April 4, 2025          Respectfully submitted,

    /s/ *Sten Jensen*

STEN JENSEN (VA Bar No. 38197)
sjensen@orrick.com
JOSHUA POND (VA Bar No. 68545)
jpond@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: + 202 339 8400
Facsimile: + 202 339 8500

ROBERT L. URIARTE (*Pro Hac Vice*)
ruriarte@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave.
Ste. 2700
Los Angeles, CA 90017
Telephone: + 1 213 629 2020
Facsimile: + 1 213 612 2499

JACOB M. HEATH (*Pro Hac Vice*)
jheath@orrick.com
ANA M. MENDEZ-VILLAMIL (*Pro Hac Vice*)
amendez-villamil@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: + 1 415 773 5700
Facsimile: + 1 415 773 5759

LAUREN BARON (*Pro Hac Vice*)
lbaron@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone: + 1 212 506 5000
Facsimile: + 1 212 506 5151

*Of Counsel:*

RICHARD BOSCOVICH
rbosco@microsoft.com

**MICROSOFT CORPORATION**
Microsoft Redwest Building C
5600 148th Ave NE
Redmond, Washington 98052
Telephone: +1 425 704 0867
Facsimile: +1 425 706 7329
*Attorneys for Plaintiff*
MICROSOFT CORPORATION