# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>ARIAN YADEGARNIA, RICKY YUEN, ALAN KRYSIAK, PHAT PHUNG TAN, AND DOES 4-10 OPERATING AN AZURE ABUSE NETWORK,<br><br>        Defendants. | Case No. 1:24-cv-2323-MSN-WEF |

## [PROPOSED] ORDER GRANTING MICROSOFT'S MOTION FOR LEAVE TO WITHDRAW COUNSEL

Before the Court is Microsoft's motion for leave to withdraw Joshua Carrigan as counsel for Plaintiff pursuant to Local Rule 83.1(H). Microsoft's motion is HEREBY GRANTED.

**IT IS SO ORDERED.**

Date: _____     _____

                                                                          Hon. Michael S. Nachmanoff