UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARIAN YADEGARNIA, RICKY YUEN, ALAN KRYSIAK, PHAT PHUNG TAN, AND DOES 4-10 OPERATING AN AZURE ABUSE NETWORK,<br><br>Defendants. | Case No. 1:24-cv-2323-MSN-WEF |

### ORDER GRANTING MICROSOFT'S MOTION FOR LEAVE TO WITHDRAW COUNSEL

Before the Court is Microsoft's motion for leave to withdraw Joshua Carrigan as counsel for Plaintiff pursuant to Local Rule 83.1(H) (Dkt. 49).  Microsoft's motion is GRANTED.

**IT IS SO ORDERED.**

Date: April 7, 2025

_William E. Fitzpatrick_
WILLIAM E. FITZPATRICK
United States Magistrate Judge