**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>ARIAN YADEGARNIA, RICKY YUEN, ALAN KRYSIAK, PHAT PHUNG TAN, AND DOES 4-10 OPERATING AN AZURE ABUSE NETWORK,<br><br>        Defendants. | Case No. 1:24-cv-2323-MSN-WEF |

**PROOF OF SERVICE**

    I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 355 S. Grand Ave. Ste. 2700, Los Angeles, CA 90012. I hereby certify that I served Microsoft Corporation's First Amended Complaint (FAC) and Summons on Arian Yadegarnia and Doe 9 by transmitting true and correct copies of the FAC and Summons from the email address ruriarte@orrick.com to known email addresses for Arian Yadegarnia and Doe 9.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 28, 2025.

1

Dated: May 28, 2025                              Respectfully submitted,

    /s/ *Sten Jensen*_____

STEN JENSEN (VA Bar No. 38197)
sjensen@orrick.com
JOSHUA POND (VA Bar No. 68545)
jpond@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: + 202 339 8400
Facsimile: + 202 339 8500

ROBERT L. URIARTE (*Pro Hac Vice*)
ruriarte@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave.
Ste. 2700
Los Angeles, CA 90017
Telephone: + 1 213 629 2020
Facsimile: + 1 213 612 2499

JACOB M. HEATH (*Pro Hac Vice*)
jheath@orrick.com
ANA M. MENDEZ-VILLAMIL (*Pro Hac Vice*)
amendez-villamil@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: + 1 415 773 5700
Facsimile: + 1 415 773 5759

LAUREN BARON (*Pro Hac Vice*)
lbaron@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone: + 1 212 506 5000
Facsimile: + 1 212 506 5151

*Of Counsel:*

RICHARD BOSCOVICH
rbosco@microsoft.com

**MICROSOFT CORPORATION**
Microsoft Redwest Building C
5600 148th Ave NE
Redmond, Washington 98052
Telephone: +1 425 704 0867
Facsimile: +1 425 706 7329
*Attorneys for Plaintiff*
MICROSOFT CORPORATION