IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICROSOFT CORPORATION,
        Plaintiff,

v.

DOES 4-10 OPERATING AN AZURE
ABUSE NETWORK,
        Defendants.

No. 1:24-cv-2323-MSN-WEF

### ORDER

Whereas Plaintiff Microsoft Corporation ("Microsoft") previously submitted to the Court that it sought to serve the defendants in this civil action with the Amended Complaint by various means, including alternative email service, personal service, and methods recognized by the Hague Convention, and was authorized to do the same,[1] it is hereby

**ORDERED** that within fourteen (14) days of the entry of this Order, Microsoft shall file a status report regarding its efforts to serve the defendants in this civil action.

**IT IS SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

September 16, 2025
Alexandria, Virginia

---

[1] *See* ECF 45