UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARIAN YADEGARNIA, RICKY YUEN, ALAN KRYSIAK, PHAT PHUNG TAN, AND DOES 4-10 OPERATING AN AZURE ABUSE NETWORK,<br><br>　　　　　Defendants. | Case No. 1:24-cv-2323 |

### NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41

Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Microsoft respectfully submits this Notice of Dismissal Without Prejudice of its claims against Alan Krysiak and Does 4-10, some of whom are the subjects of domestic and/or foreign criminal investigations with which Microsoft does not wish to interfere. Dismissal without a court order is permissible because no Defendant has served an answer or otherwise appeared in this case. Fed. R. Civ. P. 41(A)(1)(a)(i). Hague Convention Service is in process for Defendants Yuen and Tan and Microsoft will provide a further status report regarding same on or before September 30, 2025.

Dated:  September 17, 2025　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　___/s/ *Sten Jensen*_____

　　　　　　　　　　　　　　　　　　STEN JENSEN (VA Bar No. 38197)
　　　　　　　　　　　　　　　　　　sjensen@orrick.com
　　　　　　　　　　　　　　　　　　JOSHUA POND (VA Bar No. 68545)
　　　　　　　　　　　　　　　　　　jpond@orrick.com
　　　　　　　　　　　　　　　　　　**ORRICK, HERRINGTON & SUTCLIFFE LLP**
　　　　　　　　　　　　　　　　　　2100 Pennsylvania Avenue NW

Washington, D.C. 20037
Telephone: + 202 339 8400
Facsimile: + 202 339 8500

ROBERT L. URIARTE (*Pro Hac Vice*)
ruriarte@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave.
Ste. 2700
Los Angeles, CA 90017
Telephone: + 1 213 629 2020
Facsimile: + 1 213 612 2499

JACOB M. HEATH (*Pro Hac Vice*)
jheath@orrick.com
ANA M. MENDEZ-VILLAMIL (*Pro Hac Vice*)
amendez-villamil@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: + 1 415 773 5700
Facsimile: + 1 415 773 5759

LAUREN BARON (*Pro Hac Vice*)
lbaron@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone: + 1 212 506 5000
Facsimile: + 1 212 506 5151

*Of Counsel:*

RICHARD BOSCOVICH
rbosco@microsoft.com
**MICROSOFT CORPORATION**
Microsoft Redwest Building C
5600 148th Ave NE
Redmond, Washington 98052
Telephone: +1 425 704 0867
Facsimile: +1 425 706 7329
*Attorneys for Plaintiff*
MICROSOFT CORPORATION

2