UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>ARIAN YADEGARNIA, RICKY YUEN, and PHAT PHUNG TAN.<br><br>        Defendants. | Case No. 1:24-cv-2323 |

**STATUS UPDATE RE: HAGUE CONVENTION SERVICE ON DEFENDANTS YUEN AND TẤN**

Three named defendants remain in this case. Defendant Arian Yadegarnia appears to reside in Iran and has been served with the First Amended Complaint and Summons through email and publication. Defendants Ricky Yuen and Phát Phùng Tấn are believed to reside in Hong Kong Special Administrative Region of the People's Republic of China and the Socialist Republic of Vietnam, respectively. Because both of these jurisdictions are signatories to the Hague Convention on International Service of Process, and because several courts have held that U.S. plaintiffs should first make reasonable efforts to effect formal service via the Hague Convention before asking a U.S. court for permission to effect alternative service, *e.g., BP Prods. N. Am. v. Dagra,* 236 F.R.D. 270, 272 (E.D. Va. 2006)*; Kinsley Tech. Co. v. Defendants*, No. 2:22-cv-04803-ODW (KSx), 2022 U.S. Dist. LEXIS 213170, at *11 (C.D. Cal. Oct. 19, 2022) (collecting cases), Microsoft endeavored to serve Messrs. Yuen and Tấn through the central authorities in their respective jurisdictions. However, Microsoft has been unable to obtain current address information for Messrs. Yuen and Tấn and has therefore been unable effect formal Hague Convention Service.

Hague Convention service is not required where, as here, a defendant's true address cannot be through reasonable diligence. *BP Prods*., 236 F.R.D. at 272-73. Microsoft intends to file this week a motion for alternative service on Messrs. Yuen and Tấn, each of whom Microsoft believes already has actual notice of this action because of Microsoft's prior efforts to communicate with them.

Dated:  September 30, 2025               Respectfully submitted,

                ___/s/ *Sten Jensen*_____

                STEN JENSEN (VA Bar No. 38197)
                sjensen@orrick.com
                JOSHUA POND (VA Bar No. 68545)
                jpond@orrick.com
                **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                2100 Pennsylvania Avenue NW
                Washington, D.C. 20037
                Telephone: + 202 339 8400
                Facsimile: + 202 339 8500

                ROBERT L. URIARTE (*Pro Hac Vice*)
                ruriarte@orrick.com
                **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                355 S. Grand Ave.
                Ste. 2700
                Los Angeles, CA 90017
                Telephone: + 1 213 629 2020
                Facsimile: + 1 213 612 2499

                JACOB M. HEATH (*Pro Hac Vice*)
                jheath@orrick.com
                ANA M. MENDEZ-VILLAMIL (*Pro Hac Vice*)
                amendez-villamil@orrick.com
                **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                The Orrick Building
                405 Howard Street
                San Francisco, CA 94105
                Telephone: + 1 415 773 5700

3

Facsimile: + 1 415 773 5759

LAUREN BARON (*Pro Hac Vice*)
lbaron@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019
Telephone: + 1 212 506 5000
Facsimile: + 1 212 506 5151

*Of Counsel:*

RICHARD BOSCOVICH
rbosco@microsoft.com
**MICROSOFT CORPORATION**
Microsoft Redwest Building C
5600 148th Ave NE
Redmond, Washington 98052
Telephone: +1 425 704 0867
Facsimile: +1 425 706 7329
*Attorneys for Plaintiff*
MICROSOFT CORPORATION