UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                  Plaintiff,<br><br>       v.<br><br>ARIAN YADEGARNIA, RICKY YUEN, and PHAT PHUNG TAN,<br><br>                  Defendants. | Case No. 1:24-cv-2323 |

**DECLARATION OF ROBERT L. URIARTE IN SUPPORT OF
MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS YUEN AND TẤN**

I, Robert L. Uriarte, declare as follow:

1.   I am an attorney admitted to practice in the State of California.  I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, ("Orrick") counsel of record for Plaintiff.  I make this declaration in support of Plaintiff's Motion for a Protective Order to File Documents Under Seal.  I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify to the following under oath.

2.   In late December 2024, Microsoft sued multiple Doe Defendants ("Defendants") and obtained a series of *ex parte* orders that permitted Microsoft to seize certain malicious infrastructure located in the U.S. (Dkt. 20), to conduct expedited discovery (Dkt. 23), and to effect service of process on Doe Defendants via email to their known email addresses and emails to the abuse contacts for third-party internet service providers ("ISPs") whose services Defendants used to carry out their enterprise (Dkt. 25).

3.   After executing the TRO on January 7, 2025 and sending out notice emails, Microsoft published and communicated to Defendants a website hosting all case documents,

1

https://www.noticeofpleadings.net/fizzdog/index.html.  That website remains live today and is updated with new case filings after they are docketed on the Court's CM/ECF website.

4. Aided by responses to Microsoft subpoenas in this case, continued investigation into communications about Defendants services on message boards like 4chan, and other intelligence gathered as a result of communications by Defendants and/or their end users, Microsoft developed significant attribution information that permitted Microsoft to file a First Amended Complaint ("FAC") naming *inter alia* remaining Infrastructure Provider Defendants Yadegarnia, Yuen, and Tấn.

5. After the filing of Microsoft's motion to amend, Microsoft investigators observed additional traffic on relevant 4chan message boards pasting content from the FAC and discussing Microsoft's new allegations.

6. Microsoft effected email service on Defendant Yadegarnia but he has not appeared in this case or responded to communications from Microsoft's counsel.

7. Because Microsoft believes that Defendants Yuen and Tấn reside in Hong Kong and Vietnam, respectively, Microsoft set out to serve them through formal channels in compliance with the Hague Service Convention.

8. Microsoft engaged third party investigators in Hong Kong and Vietnam to identify current physical addresses for Defendants Yuen and Tấn but those investigations have proved unsuccessful.  However, Microsoft's investigation has uncovered several email addresses for Defendants Yuen and Tấn.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 1st day of October, 2025 in Los Angeles, California.

_____
Robert Uriarte