UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MICROSOFT CORPORATION,

    Plaintiff,

v.

ARIAN YADEGARNIA, RICKY YUEN, and
PHAT PHUNG TAN,

    Defendants.

Case No. 1:24-cv-2323-MSN-WEF

### ORDER GRANTING MICROSOFT'S MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS YUEN AND TẤN

This matter comes before the Court on Plaintiff Microsoft Corporation's Motion to Permit Alternative Means of Service of Process of Defendants Yuen and Tấn (Dkt. 56). Having reviewed the Motion and the supporting documentation, the Court finds that email service of process is appropriate and reasonably calculated to give notice to Defendants Yuen and Tấn. Accordingly, it is hereby:

**ORDERED** that Plaintiff's Motion for Alternative Service is **GRANTED**. Therefore, **IT IS HEREBY ORDERED** that Microsoft may effect service of process on Defendants Yuen and Tấn via the email addresses for Defendants Yuen and Tấn known to Microsoft.

**ENTERED** this 3rd day of October, 2025.

_____
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia