UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARIAN YADEGARNIA, RICKY YUEN, and PHAT PHUNG TAN.<br><br>Defendants. | Case No. 1:24-cv-2323 |

## PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 355 S. Grand Ave. Ste. 2700, Los Angeles, CA 90012. I hereby certify that on October 7, 2025, I served Microsoft Corporation's First Amended Complaint (FAC) and Summons on Ricky Yuen and Phát Phùng Tấn by transmitting true and correct copies of the FAC and Summons via email, consistent with the Court's Order Granting Microsoft's Motion for Alternative Service on Defendants Yuen and Tan (Dkt. No. 58). I transmitted these documents along with copies of the Court's Temporary Restraining and Preliminary Injunction Orders from the email address ruriarte@orrick.com to Ricky Yuen and Phát Phùng Tấn at their respective email addresses known to Microsoft. My email also provided a link to the notice of pleading website Microsoft has created, which hosts all case documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 9, 2025.

ROBERT L. URIARTE