IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICROSOFT CORPORATION,
                    *Plaintiff,*

    v.

ARIAN YADEGARNIA, RICKY YUEN,
AND PHAT PHUNG TAN,
                    *Defendants.*

1:24-cv-2323 (MSN/WEF)

## ORDER

This matter comes before the Court on the Report and Recommendation issued by Magistrate Judge William E. Fitzpatrick on May 26, 2026 (ECF 71) ("Report and Recommendation").

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that the Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge and it is hereby

ORDERED that the Report and Recommendation is APPROVED and ADOPTED; and it is further

ORDERED that Plaintiff Microsoft Corporation's Motion for Default Judgment (ECF 64) is GRANTED; and it is further

ORDERED that default judgement be, and is, ENTERED against Defendants Arian Yadegarnia, Ricky Yuen, and Phat Phung Tan (collectively, "Defendants"), and in favor of Plaintiff; on claims 1, 2, 3, 4, 5, 6, and 7 of the Amended Complaint; and it is further

ORDERED that Defendants are permanently ENJOINED from

1. accessing without authorization the computers or software comprising Microsoft's Azure OpenAI Service; and

2. sending malicious code to configure, deploy or operate the Azure Abuse Enterprise; and

3. generating and sending harmful images bearing false indicia of sponsorship or approval by Microsoft; and

4. stealing information, money, or property from Plaintiff or Plaintiff's customers; and it is further

ORDERED that with respect to the registered Internet domain "aitism.net" used by Defendants to conduct the Azure Abuse Enterprise, the relevant Registry shall

1. prevent transfer or modification of the domain to the Defendants; and

2. maintain unchanged the WHOIS or similar contact and identifying information as of the time of receipt of this Order and maintain the domains with the current registrar; and

3. continue to direct traffic to the domain to secure servers identified by Microsoft as may be necessary.

**IT IS SO ORDERED.**

The Clerk of Court is directed to terminate this civil action and to forward a copy of this Order to counsel of record. Plaintiff's counsel is directed to forward a copy of this Order to Defendants.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

July 9, 2026
Alexandria, Virginia

2