AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

MICROSOFT CORPORATION
*Plaintiff*
v.
ARIAN YADEGARNIA, RICKY YUEN, et al.
*Defendant*

Case No. 1:24-cv-2323

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Microsoft Corporation .

Date: 08/26/2026

/s/ Matthew J. MacLean
*Attorney's signature*

Matthew J. MacLean
*Printed name and bar number*

1200 Seventeenth Street, NW
Washington, DC 20036 USA
*Address*

matthew.maclean@pillsburylaw.com
*E-mail address*

(202) 663-8183
*Telephone number*

(202) 663-8007
*FAX number*