**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>ARIAN YADEGARNIA, RICKY YUEN, and PHAT PHUNG TAN,<br><br>Defendants | Case No. 1:24-cv-2323 |

**<u>WAIVER OF HEARING ON MOTION FOR RELEASE OF BOND</u>**

PLEASE TAKE NOTICE that Plaintiff Microsoft Corporation waives a hearing on its Motion for Release of Bond.

Dated: October 7, 2026

Respectfully submitted,

*<u>/s/ Matthew J. MacLean</u>*

MATTHEW MACLEAN (VA Bar No. 44304)
PILLSBURY WINTHROP SHAW PITTMAN LLP
matthew.maclean@pillsburylaw.com
1200 Seventeenth Street NW
Washington, D.C. 20036-3006
Telephone: 202.663.8183
Facsimile: 202.663.8007

ROBERT L. URIARTE (*pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Tel: (213) 488-3619
robert.uriarte@pillsburylaw.com