IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION,<br>*Plaintiff*,<br>v.<br>ARIAN YADEGARNIA, *et al.*,<br>*Defendants*. | 1:24-cv-02323-MSN-WEF |

ORDER

This matter comes before the Court on Plaintiff's Motion for Release of Bond (ECF 74). Having reviewed the Motion, and for good cause appearing, it is hereby

**ORDERED** that the Motion (ECF 74) is **GRANTED**. It is further

**ORDERED** that the Clerk is directed to release and cancel Microsoft's bond and issue a check payable to Microsoft Corporation in the amount of $25,000, and to send the check to the following address:

Richard Boscovich
1 Microsoft Way
Redmond, WA 98052-8300

**IT IS SO ORDERED**.

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

October 8, 2026
Alexandria, Virginia